Court Explorer

Case Details

← Back to Search Results

## Case Summary

**Case Number**
2024-207837-CB
**Entitlement**
RILLEMA KURT vs. HARVEY BEAUREGARD MAXIMILLIAN
**Judge Name**
MICHAEL WARREN
**Case E-Filed**
YES
**Case Filed**
06/06/2024
**Case Disposed**
00/00/0000

Parties

Print-friendly version

25 records per page

Filter...

| Party Type | Party name | Bar # | Attorney |
|---|---|---|---|
| Plaintiff - 0003 | NONE | 85017 | ERIK HENNING,JOHNSON, |
| Plaintiff - 0002 | FIVE TWENTY TWO REYNOLD | 43985 | MICHAEL D.,WEAVER, |
| Plaintiff - 0001 | RILLEMA KURT | 43985 | MICHAEL D.,WEAVER, |
| Defendant - 0001 | HARVEY BEAUREGARD MAXIMILLIAN | 99999 | |