

Form Revision Date 07/2016

# CERTIFICATE OF DISSOLUTION
For use by DOMESTIC LIMITED LIABILITY COMPANY

*Pursuant to the provisions of Act 23, Public Acts of 1993, the undersigned limited liability company executes the following Certificate of Dissolution:*

| | |
|---|---|
| The identification number assigned by the Bureau is: | 802282527 |
| The name of the limited liability company is: | 522 REYNOLDS, LLC |

The reason for dissolution is upon the happening of an event specified in the Articles of Organization or operating agreement.

This document must be signed by a member, manager, or an authorized agent:

Signed this 19th Day of October, 2023 by:

| Signature | Title | Title if "Other" was selected |
|---|---|---|
| Beau Harvey | Member | |
| | | |

By selecting ACCEPT, I hereby acknowledge that this electronic document is being signed in accordance with the Act. I further certify that to the best of my knowledge the information provided is true, accurate, and in compliance with the Act.

        jm Decline        jm Accept

Filed by Corporations Division Administrator   Filing Number: 223722040860   Date: 10/19/2023

# MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS

# FILING ENDORSEMENT

This is to Certify that the   CERTIFICATE OF DISSOLUTION

for

522 REYNOLDS, LLC

ID Number:   802282527

received by electronic transmission on   October 19, 2023   , is hereby endorsed.

Filed on   October 19, 2023   , by the Administrator.

The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 19th day of October, 2023.

Linda Clegg, Director
Corporations, Securities & Commercial Licensing Bureau