███████████

█████ the record by the clerk and was presented to Council for their vote, stated that the conditions were approved and met. ███████████ with ███████████ to the council members. T███████████

The ███████████ with a school only 335 feet away is just a blatant misrepresentation. ███████████ Hush was next door, █████ not have been approved by there was no license.

TIMELINE:

███████████

**2013 The Attorney General issued 15 SWEEPSTAKES LICENSES for Lucas County.**
1. d/b/a Player's Club Internet Café was issued a license for 536 S. Reynolds Road, Toledo, OH 43615
2. The Owner is listed as Bugler Inc. located at 6061 Seaman Road, Oregon, OH 43616
3. All docs found here: OAG

**November 25, 2013**
Dabish Investment Group Inc Registers with Ohio Secretary of State d/b/a TALK N WIN Registration Number 2249018 (Attached)

**September 16, 2014**
Assignment of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**March 6, 2015**

Defiance County Grand Jury Indictment cases 15-CR-▮▮▮, 15-CR-1▮▮▮, and 15-CR-▮▮▮

▮▮▮▮▮ 38, ▮▮▮▮▮ 39, ▮▮▮▮▮ 49, ▮▮▮▮▮ indicted on 41 counts each, including engaging in a corrupt activity, which carries a 10-year sentence; possessing criminal tools, violating casino gaming laws, gambling and operating a gambling house.

**June 2018**
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Use Permit and ▮▮▮▮▮ authored by the Toledo City Planning Commission, Nabil K. Shaheen stated ▮▮▮▮▮▮▮▮ that he had purchased the business and just discovered it didn't have a necessary permit. ▮▮▮▮▮ that was operating illegally for ▮▮▮▮▮. ▮▮▮▮▮ indicated 536 S. Reynolds as the address of the illegal gaming location.

**December 3, 2018**

d/b/a TALK N WIN Cancelled by Secretary of State

**January 4, 2019**

Lease renewal for ▮▮▮▮▮▮▮▮▮▮▮▮▮ only 10 days prior to the Plea Agreement in Defiance County Court of Common Pleas.

▮▮▮▮▮

**January 14, 2019**

Changed Case Number with Plea to Bill of Information filed as Case 19-CR▮▮▮ State of Ohio v. ▮▮▮▮▮▮▮▮▮▮▮ d/b/a Talk N Win Toledo Pled to F-2 Engaging In A Pattern of Corrupt Activity



███████████

**February 12, 2019**

Landlord Evicted HSG Foods, LLC from 534-536 S. Reynolds Road.
Liquor License was actually issued for 532 and 534 NOT 536
There is no permit for 536, but, HUSH SHOWGIRLS was operating there without a permit for 536 S. Reynolds, LLC

**October 25, 2019**

Nabil Shaheen filed for SUP-9008-19 for location 536 S. Reynolds Road, Toledo OH 43615
The HSG v. South Reynolds, LLC case in common pleas was ongoing from February 12, 2019- September 8, 2021
████████████████████████████████████████████████████████████████████
536 S. Reynolds.
█████████████████████████████████████████████████████

**November 7, 2019**

Regularly Scheduled Planning Commission Meeting was held. Mr. Nabil Shaheen
Report was mailed to Nabil Shaheen at 6930 Door Street. Planning Commission President indicated he went to the site location and spoke with someone about construction expansion between the gaming facility ████████████ Kurt Rillema would have known that information. Nabil would have received information from Nabil to approve the lease. There was never a lease transaction. As you can read below, ██████████████████████████████████ 2019. That would ████████ after Nabil allegedly purchased the location. Nabil ████████████████ in the lease ████████ Reynolds, ████████████ OH 43615. But he used ████████████

The Planning Commission also states in the Public Meeting that the City Council will meet on December 11, 2019 for approval. There was no council meeting that day.

Audio Clip below

████████████████████████████████████

**November 13, 2019**

Planning Commission Recommended City Counsel approve the Special Use Permit Number SUP-9008-19 with conditions. This permit recommendation was for an occupied location with ongoing litigation not containing the permitted use requested.

████████████████████████████████████d Use Specific Regulations stating:
1. No Sweepstakes exist within 2000 feet.
2. No schools were within 1000 feet.

- Both of those were incorrect. The Talk N Win was operating ▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ 536 S. Reynolds. The Report even states that the requested location is between Hush Showgirls and ▮▮▮▮▮.

- Horizon School is approximately 335 feet from the edge of the property and has been at that location since 2005.

There were 7 Specific Conditions required before the issuance of the SUP-9008-19
None of them were met. A gaming location may not be adjacent to adult entertainment. The gaming location was operating illegally. This may not have been known until after the Dabish's conviction. However, none of the other conditions, including the parking spots and curb cuts were done.

▮▮▮▮▮▮▮▮▮▮▮

**January 2, 2020**

City Council Approves permit stating all conditions required have been met
Report Attached

**May 23, 2018- November 6, 2023**

Nabil Shaheen was an undercover informant for the FBI. He was indicted as case 3:23-cr-▮▮▮▮▮. His sentencing memorandum attached. He entered into an agreement with the Dabish's, he claims, to buy an illegal gaming operation ▮▮▮▮▮▮▮▮▮▮▮▮▮ Shaheen has ▮▮▮▮▮▮▮▮▮▮. He is a sophisticated businessman and served as the President of a Retail lobbying association wherein he has allegedly bribed city official for influence. Based on the Recommendations and Vote, perhaps its deeper than the 4 persons indicted.

Records show that no fees have been paid for required permits due on June 1 every year. The fee is $5000 and 250 per machine. Talk N Win has never paid. Mr. Shaheen has never paid. He has ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮ Hirsch is the current manager. She was the manager in ▮▮▮▮. She uses the same PO Box as the Dabish's. She pays Kurt Rillema $54,000 a year in cash annually. She has informed me that she pays Kurt's wife and son currently.

Kurt Rillema and I were partners in a business 522 Reynolds, LLC. The property was owned by the LLC. Rillema is currently under indictment for two cold case Rapes- 1 in Pennsylvania and 1 in Michigan. Rillema has formed some alliance between Ara Darakjian in Birmingham, MI, and convicted sex offender Randy Merer. They have concocted this plan to run a strip club and filed to have a teacher in New Jersey (Merer's brother in-law) named Jeremy Martin as the liquor license holder. They have wired money to Attorney ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ then asked for it

back only to wire more back. Seems to fit a laundering scheme.

If Shaheen noticed the FBI during his cooperation with the other ███████████████ ████████████████████████████ no license after he was an informant seems ██████ ████████████████████████████████████████████████████████████████████ ██████ orders.

Rillema has failed to do any of the legal requirements of the LLC. █████████ to correct this, but have ████████████ the attention of people ████████ probable that there is human trafficking occurring through the closed strip club ██████████████████████████████████████ ██████████

████████ information, research, ████████ there is no license to operate a gaming facility at any retail location within the 550 S. Reynolds Road property and they are paying cash payments to Kurt Rillema and have done so since April 20██ ████████████ Nabil entered a plea in ████████████, he ██████████████████████████████████████████████ Toledo Police, BCI, Attorney General of Ohio, Department of Liquor Control, and the Casino Gaming Commission.

Get Outlook for iOS





intended recipient(s) and may contain information that is sensitive, privileged, confidential, or otherwise exempt from disclosure or public dissemination under applicable law.An intended recipient, or the employee or agent responsible for delivering the message to an intended recipient,hereby notified that this communication is for law enforcement purposes only and should not beto any unauthorized disclosure or dissemination. the reader of this message is not an intended recipient, or the employee or agent responsible for delivering the message to an intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited and may violate applicable laws.If you have received this message in error, please notify me immediately and destroy all copies of this communication.