**NOT RECOMMENDED FOR PUBLICATION**

No. 25-1101

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Mar 18, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| KURT RILLEMA, | ) |
| Petitioner-Appellee, | ) |
| v. | ) ON APPEAL FROM THE UNITED |
| | ) STATES DISTRICT COURT FOR |
| | ) THE EASTERN DISTRICT OF |
| BEAUREGARD MAXIMMILIAN HARVEY, | ) MICHIGAN |
| Respondent-Appellant. | ) |

O R D E R

Before: COLE, GRIFFIN, and NALBANDIAN, Circuit Judges.

This matter is before the court upon initial consideration of appellate jurisdiction.

Kurt Rillema filed a petition in the district court to compel arbitration in a matter involving Beauregard Maximmilian Harvey, a formerly a licensed attorney in the state of Ohio appearing pro se in this matter. On September 11, 2023, the district court granted the motion to compel arbitration, stayed the judicial proceedings, and administratively closed the case. Harvey moved to reopen the case, and the district court denied that motion in November 2023. In April 2024, the district court denied Harvey's "Emergency Motion to Dismiss for Lack of Jurisdiction" and noted again that the matter was stayed.

Harvey proceeded to file seven additional motions between May and August 2024. On January 16, 2025, the district court issued an order striking those motions. The court further ordered that no party should file any motion until the parties provided the court with a joint notice that the arbitration proceedings have been completed. Harvey has filed a notice of appeal from the January 16 order.

No. 25-1101
- 2 -

This court may exercise jurisdiction only over final decisions, 28 U.S.C. § 1291, and limited categories of interlocutory orders, decrees, and judgments, 28 U.S.C. § 1292; *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949); *see also Anderson v. Roberson*, 249 F.3d 539, 542-43 (6th Cir. 2001). "[A] stay is not ordinarily a final decision." *See Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp.*, 460 U.S. 1, 10 n.11 (1983). And the district court's order striking Harvey's motions is not immediately appealable as a "collateral" order. *See Cohen*, 337 U.S. at 546.

Harvey's appeal is **DISMISSED** for lack of jurisdiction.

ENTERED BY ORDER OF THE COURT

*Kelly L. Stephens*
Kelly L. Stephens, Clerk

# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 03/18/2025.

**Case Name:** Kurt Rillema v. Beauregard Harvey
**Case Number:** 25-1101

**Docket Text:**
ORDER filed to dismiss case for lack of jurisdiction. Non appealable order. No mandate to issue, decision not for publication. R. Guy Cole, Jr., Circuit Judge; Richard Allen Griffin, Circuit Judge and John B. Nalbandian, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Mr. Beauregard Maximmilian Harvey
8130 Timothy Lane
Sylvania, OH 43560

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix
Mr. Jeffrey Charles Gerish
Ms. Courtney Ann-Taylor Lavender
Mr. Michael D. Weaver