UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Mar 18, 2025
KELLY L. STEPHENS, Clerk

No. 25-1101

KURT RILLEMA,

    Petitioner-Appellee,

v.

BEAUREGARD MAXIMMILIAN HARVEY,

    Respondent-Appellant.

Before: COLE, GRIFFIN, and NALBANDIAN, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is DISMISSED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk