# Exhibit 1

**ARBITRATION**

522 REYNOLD, LLC and
KURT RILLEMA,

        Claimants,


    v                                     Arbitrator Honorable David A. Groner

BEAUREGARD HARVEY,

        Respondent.

_____/

| | |
|---|---|
| MICHAEL D. WEAVER (P43985)<br>Plunkett Cooney<br>Attorneys for Claimants<br>38505 Woodward Ave.<br>Suite 100<br>Bloomfield Hills, MI 48304<br>(248) 901-4025<br>mweaver@plunkettcooney.com | BEAUREGARD HARVEY<br>Respondent<br>8130 Timothy Lane<br>Sylvania, OH 43560<br>(419) 705-0922<br>BMHarvey@PaceGreenEnergy.com |

## <u>ARBITRATION AWARD</u>

       This matter having come before the Arbitrator on July 9, 2025, and after hearing the testimony and reviewing the evidence, the Arbitrator having reviewed all submissions and presided over testimony from witnesses;

       IT IS HEREBY ORDERED as follows:

       1.     The property which is the subject matter of this Arbitration, located at 522-550 Reynolds Road shall be immediately transferred to 522 Reynolds, LLC.

       2.     Kurt Rilemma shall be the sole owner of 522 Reynolds, LLC.

3.     Any interest that Beauregard Harvey may have had in 522 Reynolds, LLC or the property located at 522-550 Reynolds, shall be extinguished.

4.     Any interest that AEY APP, LLC may have had in 522 Reynolds, LLC or the property located at 522-550 Reynolds, shall be extinguished.

5.     Defendant Beauregard Harvey shall pay to 522 Reynolds, LLC the sum of One Hundred Twenty-Eight Thousand Six Hundred Twenty-Nine and 40/100 ($128,629.40) Dollars.

6.     This Award is based upon, in part, the finding the Mr. Harvey committed fraud.

7.     The United States District Court for the Eastern District of Michigan shall enter a Judgment consistent with the terms of this Arbitration Award.

_____/s/David A. Groner_____
JUDGE DAVID A. GRONER (Ret.)

Dated:  July 14, 2025