# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Kurt Rillema,<br>an individual,<br><br>  Plaintiff,<br><br>V.<br><br><br>Beau Harvey,<br>an individual,<br><br>  Defendant/<br>  Counter Complainant | Case No. 2:23-cv-12042<br><br>JUDGE HON. Johnathan J.C. Grey<br><br><br>APPLICATION TO STAY<br>PROCEEDINGS<br>PURSUANT TO FAA § 3 |

_____

APPLICATION TO CONTINUE STAY OF PROCEEDINGS PURSUANT TO FAA § 3

AMERICAN ARBITRATION ASSOCIATION CASE 01-25-0002-3640 IS CURRENTLY STILL PENDING AND THE CONTINUED STAY IS MANDATORY

_____

"STAY MEANS STAY." Just as "shall" means "shall," "stay" means "stay." Smith et al. v. Spizzirri et al. is 601 U.S. 472

Defendant Beau Harvey hereby submits his Application for Continued Stay of Proceedings. A case in arbitration is still pending. AAA Case 01-25-0002-3640 is pending. Rillema has failed to answer and failed to file any objection as required by the AAA Commercial Rules that govern the arbitration in this case.

This Court Ordered a Stay of proceedings pending completion of Arbitration. The Arbitration is still pending and the application for stay and continued stay must be granted upon this filing.

Since this case was filed, there has been an Intervening controlling decision from the United States Supreme Court that provides Harvey the right for the stay upon application for the Stay. *Id.*

It further provides no discretion to the court to deny the application for the stay. Justice Sotomayor delivered the unanimous opinion of the Court providing that when there is an agreement that contains disputes subject to arbitration, that a must be stayed "until such arbitration has been had in accordance with the terms of the agreement."

The arbitration process has been abandoned by Rillema who failed to initiate Arbitration as required pursuant to AAA Rules. Defendant therefore provides this Court with application to Stay the proceedings.

                                                     */s/ Beau Harvey*
                                                    Beau Harvey
                                                    Telephone: 419-705-0922
                                                    Email:xlegalfiling@gmail.com
                                                    Dated:  July 23, 2025

## CERTIFICATION

I, Beau Harvey, hereby certify that on July 23, 2025, a copy of this application was filed electronically. Notice will be sent to all parties who have appeared electronically or to their counsel.

                                                     */s/ Beau Harvey*
                                                     Beau Harvey