**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KURT RILLEMA, an individual,

    Plaintiff,

v.                               Case No.:  2:23-cv-12042-JJCG-APP

BEAUREGARD MAXIMILLIAN     Hon. Jonathan J.C. Gray
HARVEY, and individual             Mag. Judge Anthony P. Patti

    Defendant.
_____/

## INDEX OF EXHIBITS

1. ECF 21 – Order Granting Motion to Compel Arbitration

2. ECF 64 – Kurt Rillema's Motion to Confirm Arbitration Award

3. *Ruckman v PHH Mortgage Corporation*, United States District Court, N.D. Ohio, Eastern Division – October 19, 2022

4. Beau Harvey's Emergency Motion to Dismiss for Lack of Jurisdiction

5. Arbitration Order Regarding Emergency Motion to Show Cause

6. Oakland County Circuit Court's Order Granting Rillema's Motion to Confirm and Enforce an Interim Arbitration Award

61057904.1

7. United States Bankruptcy Court for Northern District of Ohio Western Division's Order Granting Rillema's Motion to Lift Stay and Continue Arbitration Proceedings

8. AAA's Letter regarding its lack of authority and dismissing