UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Kurt Rillema,<br>an individual, | Case No. 2:23-cv-12042 |
|       Plaintiff, | JUDGE HON. Johnathan J.C. Grey |
| V. | |
| Beau Harvey,<br>an individual, | NOTICE AND DEMAND FOR<br>SERVICE OF ALL DOCUMENTS<br>FILED PURSUANT TO L.R. 11.2 |
|       Defendant/<br>      Counter Complainant | |

_____

NOTICE AND DEMAND FOR SERVICE OF DOCUMENTS
_____

TO CLERK AND ALL PARTIES Pursuant to L.R. 11.2, Please take notice and provide all documents filed via electronic service for Beau Harvey to:

>Beau Harvey
>8130 Timothy Lane
>Sylvania, OH 43560
>419-705-0922
>Email: xlegalfiling@gmail.com

PLEASE TAKE NOTICE THAT EMAIL MUST BE SENT ON DATE AS PROVIDED ON CERTIFICATE OF SERVICE. ALL PROPOSED ORDERS BY OPPOSING COUNSEL MUST BE PROVIDED TO THIS PARTY PRIOR TO UPLOADING TO ECF.

>/s/Beau Harvey
>8130 Timothy Lane
>Sylvania, OH 43560
>Phone: 419-705-0922
>Email: xlegalfiling@gmail.com

## CERTIFICATION

I, Beau Harvey, hereby certify that on July 31, 2025, a copy of this Notice will be served via email to all parties who have appeared electronically or to their counsel.

                                                   Respectfully submitted,

                                                   <u>/s/ Beau Harvey</u>