UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Kurt Rillema,<br>an individual,<br><br>      Plaintiff,<br><br>  V.<br><br>Beau Harvey,<br>an individual,<br><br>      Defendant/<br>      Counter Complainant | Case No. 2:23-cv-12042<br><br>JUDGE HON. Johnathan J.C. Grey<br><br><br>OBJECTION TO RILLEMA'S<br>FILED DOCUMENTS IN<br>VIOLATION OF COURT<br>ORDER ECF 59 |

_____

OBJECTION TO RILLEMA'S FILED DOCUMENTS
ECF 64 and ECF 67
IN VIOLATION OF THIS COURT'S ORDER ECF 59
IN VIOLATION OF THE 6TH CIRCUIT COURT OF APPEALS 60
_____

This Court Ordered No Party to File a Motion until parties filed a Joint Motion that Arbitration Proceedings have been completed. For this and the reasons stated in Defendant's  Memorandum Objecting to Plaintiff's Motion, Defendant Beau Harvey requests this Court Sustain Defendant's Request and DENY Plaintiff's Motion to Confirm any Arbitration AWARD that contains relief to a third party; or in violation of the AAA Rules;   or mandate in ECF 59 or ECF 60; or in violation of diversity jurisdiction; or in violation of the Mandated Stay Requirement cited in Smith et al. v. Spizzirri et al. is 601 U.S. 472

                                                                        /s/Beau Harvey
                                                                        8130 Timothy Lane
                                                                        Sylvania, OH 43560
                                                                        Phone: 419-705-0922
                                                                        Email:  xlegalfiling@gmail.com

## MEMORANDUM IN OPPOSITION TO CONFIRMATION

This Court issued a Mandate to the Parties pursuant to the ORDER in ECF 59, and the United States Court of Appeals for the Sixth Circuit reiterated and adopted this Court's ORDER confirmed in filing ECF 60. The ORDER states:

**"[T]he court further ordered that no party should file any motion until the parties provided the court with a joint notice that the arbitration proceedings have been completed."**

There has been no joint notice of arbitral completion. There has been no arbitration. Plaintiff again failed to follow the local rules 7.1 and more importantly, the TWO FEDERAL COURT ORDERS that require a JOINT NOTICE that arbitration proceedings have been completed.

In brief response to the ipsi dixit "Arbitration," there simply has not been an Arbitration even filed let alone completed.  The appointed arbiter was removed by AAA on January 3, 2024. There has been a series of ipse dixet improper and illegal Injunctive Relief filings.

This Court, however frustrated, does not have the opportunity to see the thousands of pages of illegal acts perpetuated on fraud using the authority this Court did not provide. Specifically trying to add numerous parties to an arbitration that has not been sought nor authorized. That has not stopped the illegal acts of Plunket Cooney, Mike Weaver, Kristi Rillema, Kurt Rillema, and others in having Defendant Beau Harvey arrested, claiming this Court issued an ORDER that does not exist. This is a pure abuse of illegal power.

Now, as anticipated by Defendant Beau Harvey, Rillema is trying to have this Court confirm an award for an ARBITRATION that never occurred.

This COURT has no discretion to or authority to do so. Harvey filed the proper application and cited proper legal authority for the application for STAY OF PROCEEDINGS. The case cited in the APPLICATION FOR STAY is Smith et al. v. Spizzirri et al. is 601 U.S. 472. This is provided in the Application as required.

Plaintiff and his Counsel know they can't add a party and this is barred by Waiver, Collateral Estoppel, Laches, Issue Preclusion, and has prejudiced the Defendant. If they had added or responded and added an additional party when they requested relief in the first instance in the Northern District of Ohio, this case would not be here today. The relief sought and requested in a 12(B)(6) is a finality as it relates to additional claims or additional parties. So they are collaterally attacking that matter by attempting to arbitrate a claim and party not before this Court. This Court should admonish this improper conduct. It has created a waste of resources of the United States of America, and this Court.

The Plaintiff has been provided another opportunity to arbitrate pursuant to the rules of AAA. Unfortunately, counsel and his client now refuse to arbitrate as requested and required by AAA.

For the aforementioned reasons, this Court must deny the Plaintiff's request and grant relief requested by Defendant Beau Harvey

        /s/Beau Harvey
        8130 Timothy Lane
        Sylvania, OH 43560
        Phone: 419-705-0922
        Email:  xlegalfiling@gmail.com

## CERTIFICATION

I, Beau Harvey, hereby certify that on August 2, 2025, a copy of this Notice will be served via email to all parties who have appeared electronically or to their counsel and by the Court ECF System.

                                                Respectfully submitted,

                                                /s/ Beau Harvey