EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KURT RILLEMA, an individual,

      Plaintiff,

v.                                                                Case No.:  2:23-cv-12042-JJCG-APP

BEAUREGARD MAXIMILLIAN                      Hon. Jonathan J.C. Gray
HARVEY, and individual                              Mag. Judge Anthony P. Patti

      Defendant.
_____/

## RILLEMA'S RESPONSE TO ECF 79

NOW COMES Kurt Rillema, by and through counsel, and for his Response to ECF 79, states as follows:

    **A.   WAS 522 REYNOLDS, LLC A CLAIMANT TO THE ARBITRATION**

The simple answer is no, 522 Reynolds, LLC was not a claimant. However, the purpose of the Arbitration was to protect and restore Mr. Rillema's interest in 522 Reynolds LLC.

    **B.   WAS A RECORDING MADE Of THE ARBITRATION**

There was no recording of the Arbitration known to defense counsel. Certainly, no court reporter was present for the Arbitration. There is no transcript of the Arbitration hearing.

### C.  SUBMISSIONS MADE TO THE ARBITRATOR

1. Purchase contract – showing when Mr. Rillema purchased the real estate.

2. Limited Liability Company Operating Agreement of 522 Reynolds, LLC – confirms that Harvey did not meet a condition precedent necessary to become a member. This is important because Mr. Harvey improperly transferred the real estate/entity to a new company without paying any compensation as will be shown in subsequent exhibits.

3. Independent Sales Representative Agreement – this was Mr. Harvey's role at PACE Energy Services, LLC before he claimed to be a member of 522 Reynolds, LLC.

4. Statement of Reason for Exemption from Real Property Conveyance Fee – August 7, 2023 – this document reflects that Mr. Harvey transferred ownership of the entity and real estate to new company that he formed – AEY APP, LLC. This, of course, was

substantially damaging to Mr. Rillema's interest in the entity/real estate and caused damage to Mr. Rillema.

5. Limited Liability Company Warranty Deed dated February 12, 2019. This document confirms that it is Mr. Rillema that is the owner of 522 Reynolds, LLC.

6. Order Regarding Emergency Motion to Show Cause – order entered by Judge Groner prohibiting Harvey from entering the property. Notably, this caption does, by mistake, contain "522 Reynold, LLC." Mr. Harvey's violation of this Order cause damage to Mr. Rillema.

7. Oakland County Circuit Court Order dated August 6, 2024. Because Mr. Harvey was not abiding by Judge Groner's order, a separate action was initiated in the Oakland County Circuit Court and Judge Warren granted an order enforcing Judge Groner's Order. In any event, Mr. Harvey's violation of this order cause damage to Mr. Rillema.

8. Supplemental report – Toledo Please Department. This report was made, on behalf of Mr. Rillema by his wife. Detective Jay quickly indicated that the concerns raised in this report (Mr. Harvey transferring interest in the real estate and entity to himself as the

3

sole owner – thereby damaging Mr. Rillema) would be presented to a grand jury.

9. Unsigned document provided by Mr. Harvey to a tenant – Reynolds Mini Mart – attempting to evict the tenant.

10. Fighting Muskies Go This, LLC letter dated October 18, 2023 sent by Mr. Harvey to all tenants. This document directed the tenants to pay any rent to Mr. Harvey thereby damaging Mr. Rillema's interest.

11. Videotape of Mr. Harvey installing plywood over a tenants door.

12. Photograph of plywood installed by Mr. Harvey and a sign noting that the property is "private property."

13. Videotape of Mr. Harvey spray painting on the property. This vandalism damages the value of the property and, in turn, Mr. Rillema's interest.

14. Videotape of the green paint sprayed by Mr. Harvey on the property. This vandalism damages the value of the property and, in turn, Mr. Rillema's interest.

15. Photograph of trees cut down/destroyed by Mr. Harvey and left laying on the property. This vandalism damages the value of the property and, in turn, Mr. Rillema's interest.

16. Photograph of sign installed on the property by Mr. Harvey wherein he indicates that he will sell/lease the property and will "build to suit." Mr. Harvey's phone number is on the sign.

17. Chart of rents collected 5 Mr. Harvey that should have been collected by 522 Reynolds, LLC. Of course, the fund coming into 522 Reynolds, LLC would pass directly to Mr. Rillema as the sole member.

18. United States District Court for the Eastern District of Michigan Order denying Mr. Harvey's motion to dismiss.

19. Mr. Harvey's emails to tenants threatening to take "... Action against you personally and Ehab for your frauds."

20. Mr. Harvey's email to tenants instructing them to "lawyer up."

WHEREFORE KURT RILLEMA request that this Honorable Court enter the Judgment prepared by Judge David Groner(Ret).

|  |  |
|---|---|
|  | FLOOD LAW |
| Date: January 14, 2026 | BY: /s/Michael D. Weaver<br>MICHAEL D. WEAVER (P43985)<br>Attorney for Defendant<br>Flood Law, PLLC<br>155 West Congress Street, Suite 350<br>Detroit, MI 48226<br>(313)546-0359<br>mweaver@floodlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2026, I served the foregoing Response to ECF 79 on all parties via US Mail, Postage Prepaid to the following:

Beauregard Maximillian Harvey
8130 Timothy Lane
Sylvania, OH 43560

|  |  |
|---|---|
|  | FLOOD LAW |
| Date: January 14, 2026 | BY: /s/Michael D. Weaver<br>MICHAEL D. WEAVER (P43985)<br>Attorney for Defendant<br>Flood Law, PLLC<br>155 West Congress Street, Suite 350<br>Detroit, MI 48226<br>(313)546-0359<br>mweaver@floodlaw.com |