**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KURT RILLEMA, an individual,

    Plaintiff,

v.                                     Case No.: 2:23-cv-12042-JJCG-APP

BEAUREGARD MAXIMILLIAN        Hon. Jonathan J.C. Gray
HARVEY, and individual               Mag. Judge Anthony P. Patti

    Defendant.
_____/

**INDEX OF EXHIBITS**

1. Purchase contract – showing when Mr. Rillema purchased the real estate.

2. Limited Liability Company Operating Agreement of 522 Reynolds, LLC – confirms that Harvey did not meet a condition precedent necessary to become a member. This is important because Mr. Harvey improperly transferred the real estate/entity to a new company without paying any compensation as will be shown in subsequent exhibits.

3. Independent Sales Representative Agreement – this was Mr. Harvey's role at PACE Energy Services, LLC before he claimed to be a member of 522 Reynolds, LLC.

4. Statement of Reason for Exemption from Real Property Conveyance Fee – August 7, 2023 – this document reflects that Mr. Harvey transferred ownership of the entity and real estate to new company that he formed – AEY APP, LLC. This, of course, was substantially damaging to Mr. Rillema's interest in the entity/real estate and caused damage to Mr. Rillema.

5. Limited Liability Company Warranty Deed dated February 12, 2019. This document confirms that it is Mr. Rillema that is the owner of 522 Reynolds, LLC.

6. Order Regarding Emergency Motion to Show Cause – order entered by Judge Groner prohibiting Harvey from entering the property. Notably, this caption does, by mistake, contain "522 Reynold, LLC." Mr. Harvey's violation of this Order cause damage to Mr. Rillema.

7. Oakland County Circuit Court Order dated August 6, 2024. Because Mr. Harvey was not abiding by Judge Groner's order, a separate action was initiated in the Oakland County Circuit Court

and Judge Warren granted an order enforcing Judge Groner's Order. In any event, Mr. Harvey's violation of this order cause damage to Mr. Rillema.

8. Supplemental report – Toledo Please Department. This report was made, on behalf of Mr. Rillema by his wife. Detective Jay quickly indicated that the concerns raised in this report (Mr. Harvey transferring interest in the real estate and entity to himself as the sole owner – thereby damaging Mr. Rillema) would be presented to a grand jury.

9. Unsigned document provided by Mr. Harvey to a tenant – Reynolds Mini Mart – attempting to evict the tenant.

10. Fighting Muskies Go This, LLC letter dated October 18, 2023 sent by Mr. Harvey to all tenants. This document directed the tenants to pay any rent to Mr. Harvey thereby damaging Mr. Rillema's interest.

11. Videotape of Mr. Harvey installing plywood over a tenants door.

12. Photograph of plywood installed by Mr. Harvey and a sign noting that the property is "private property."

13. Videotape of Mr. Harvey spray painting on the property. This vandalism damages the value of the property and, in turn, Mr. Rillema's interest.

14. Videotape of the green paint sprayed by Mr. Harvey on the property. This vandalism damages the value of the property and, in turn, Mr. Rillema's interest.

15. Photograph of trees cut down/destroyed by Mr. Harvey and left laying on the property. This vandalism damages the value of the property and, in turn, Mr. Rillema's interest.

16. Photograph of sign installed on the property by Mr. Harvey wherein he indicates that he will sell/lease the property and will "build to suit." Mr. Harvey's phone number is on the sign.

17. Chart of rents collected 5 Mr. Harvey that should have been collected by 522 Reynolds, LLC. Of course, the fund coming into 522 Reynolds, LLC would pass directly to Mr. Rillema as the sole member.

18. United States District Court for the Eastern District of Michigan Order denying Mr. Harvey's motion to dismiss.

19. Mr. Harvey's emails to tenants threatening to take "… Action against you personally and Ehab for your frauds."

4

20. Mr. Harvey's email to tenants instructing them to "lawyer up."