# Exhibit 4

# Statement of Reason for Exemption From Real Property Conveyance Fee

Ohio Revised Code section 319.202 and 319.54(G)(3)

DTE 100EX
Rev. 1/14

| FOR COUNTY AUDITOR'S USE ONLY (1) | Date 8/7/23 | Co. no. 48 | Number 20360 |
|---|---|---|---|
| Instr. WD | Tax. district no 3040 | Tax list 2022 | Land 87470 | Bldg 29120 | Total 216590 |

DTE code number _____  ☐ Split/new plat  Remarks _____
Property located in __Toledo City__ taxing district
Name on tax duplicate __522 Reynolds LLC__ Tax duplicate year __2022__
Acct. or permanent parcel no. __02-71636__  Map book _____ Page _____
Description _____

## The Following Must Be Completed by Grantee or His/Her Representative
Type or print all information. See instructions on reverse.

1. Grantor's name __522 Reynolds, LLC__  Phone __4197050922__
2. Grantee's name __AEY APP, LLC__  Phone __4197050922__
   Grantee's address __6482 Sorby, Addison, MI 49220__
3. Address of property __522-550 Reynolds Road, Toledo, OH 43560__
4. Tax billing address __8 The Green, Dover, DE 19901__

5. No conveyance fees shall be charged because the real property is transferred:
   - a) to or from the United States, this state or any instrumentality, agency or political subdivision of the United States or this state.
   - b) solely in order to provide or release security for a debt or obligation.
   - c) to confirm or correct a deed previously executed and recorded.
   - d) to evidence a gift, in any form, between husband and wife, or parent and child, or the spouse of either.
   - e) on sale for delinquent taxes or assessments.
   - f) pursuant to court order, to the extent that such transfer is not the result of a sale effected or completed pursuant to such order.
   - g) pursuant to a reorganization of corporations or unincorporated associations or pursuant to the dissolution of a corporation, to the extent that the corporation conveys the property to a stockholder as a distribution in kind of the corporation's assets in exchange for the stockholder's shares in the dissolved corporation.
   - h) by a subsidiary corporation to its parent corporation for no consideration, nominal consideration or in sole consideration of the cancellation or surrender of the subsidiary's stock.
   - i) by lease, whether or not it extends to mineral or mineral rights, unless the lease is for a term of years renewable forever.
   - j) when the value of the real property or interest in real property conveyed does not exceed $100.
   - k) of an occupied residential property being transferred to the builder of a new residence when the former residence is traded as part of the consideration for the new residence.
   - **l)** to a grantee other than a dealer in real property, solely for the purpose of and as a step in, its prompt sale to others.
   - m) to or from a person when no money or other valuable and tangible consideration readily convertible into money is paid or to be paid for the real estate and the transaction is not a gift.
   - n) to an heir or devisee, between spouses or to a surviving spouse, from a person to himself and others, to a surviving tenant, or on the death of a registered owner.
   - o) to a trustee acting on behalf of minor children of the deceased.
   - p) of an easement or right-of-way when the value of the interest conveyed does not exceed $1,000.
   - q) of property sold to a surviving spouse pursuant to Ohio Revised Code section (R.C.) 2106.16.
   - r) to or from an organization exempt from federal income under Internal Revenue Code section 501(c)(3), provided such transfer is without consideration and is in furtherance of the charitable or public purpose of such organization.
   - s) among the heirs at law or devisees, including a surviving spouse of a common decedent, when no consideration in money is paid or to be paid for the real property.
   - t) to a trustee of a trust, when the grantor of the trust has reserved an unlimited power to revoke the trust.
   - u) to the grantor of a trust by a trustee of the trust, when the transfer is made to the grantor pursuant to the exercise of the grantor's power to revoke the trust or to withdraw trust assets.
   - v) to the beneficiaries of a trust if the fee was paid on the transfer from the grantor of the trust to the trustee or pursuant to trust provisions that became irrevocable at the death of the grantor.
   - w) to a corporation for incorporation into a sports facility constructed pursuant to R.C. section 307.696[307.69.6].
   - x) between persons pursuant to R.C. section 5302.18.
   - y) from a county land reutilization corporation organized under R.C. section 1724 to a third party.

6. Has the grantor indicated that this property is entitled to receive the senior citizen, disabled person or surviving spouse homestead exemption for the preceding or current year? ☐ Yes ☒ No  If yes, complete form DTE 101.
7. Has the grantor indicated that this property is qualified for current agricultural use valuation for the preceding or current tax year? ☐ Yes ☒ No  If yes, complete form DTE 102.
8. Application for owner-occupancy (2.5% on qualified levies) reduction. (Notice: Failure to complete this application prohibits the owner from receiving this reduction until another proper and timely application is filed.) Will this property be grantee's principal residence by Jan. 1 of next year? ☐ Yes ☒ No
   If yes, is the property a multi-unit dwelling? ☐ Yes ☒ No

I declare under penalties of perjury that this statement has been examined by me and to the best of my knowledge and belief it is a true, correct and complete statement.

_____  8/2/2023
Signature of grantee or representative  Date

```
IRS DEPARTMENT OF THE TREASURY
    INTERNAL REVENUE SERVICE
    CINCINNATI  OH   45999-0023
```

Date of this notice:  03-13-2019

Employer Identification Number:
83-3931328

Form:  SS-4

Number of this notice:  CP 575 B

522 REYNOLDS LLC
BEAU HARVEY MBR
550 S REYNOLDS RD
TOLEDO, OH  43615

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 83-3931328. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

```
                 Form 1065                          03/15/2020
```

If you have questions about the form(s) or the due date(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods*.

We assigned you a tax classification based on information obtained from you or your representative. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*. See Form 8832 and its instructions for additional information.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*, and elect to be classified as an association taxable as a corporation. If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, *Election by a Small Business Corporation*. The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov. If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.



```
20230807-0025058
8/7/2023                4:05 PM
Pages:2                 Fee:$54.00
T20230019845
Michael D. Ashford
Lucas County Recorder        DEED
```

LIMITED LIABILITY COMPANY WARRANTY DEED
O.R.C. 5302.05, - .07
O.R.C. 147.55

### KNOW ALL MEN BY THESE PRESENTS:

That **522 Reynolds, LLC**, a Michigan limited liability company, organized and existing under title laws of the State of Michigan, for valuable consideration paid, grants with general warranty covenants to **AEY APP, LLC**, a Delaware limited liability company whose tax-mailing address is 8 The Green, Suite A, Dover, DE 19901 the following real property:

See Exhibit "A" attached hereto.

Subject to: Easements and restrictions of record; zoning ordinances and regulations, if any; all legal highways; and taxes and assessments due and payable after date hereof.

Prior instrument reference: Instrument No. 20190325-0010433 and 20190215-0005865

This Deed is an absolute conveyance of title in legal effect as well as in form and is not intended as a mortgage, trust conveyance, or security instrument. This Deed shall operate as an absolute waiver and extinguishment of all of the Grantor's right, title, and interest to the Premises. This deed shall be transferred with outstanding property tax liability and does not extinguish property tax liability.

Executed this 2nd Day of August, 2023.

```
08/07/2023
TRANSFERRED BY: CROTH         $0.50
IN COMPLIANCE WITH SEC. 319.202 R.C.
ANITA LOPEZ, AUDITOR
LUCAS COUNTY, OHIO
FEE:   $0.00    EX: X    MULTI:
PARCEL: 02-71636         COUNT: 1
TRANS#: 23-203607
```

522 REYNOLDS, LLC
a Michigan limited liability company

By: _____
Beau Harvey, Authorized Member

STATE OF OHIO
County of Lucas,  SS:

The foregoing instrument was acknowledged and declared before me this 1st of August, 2023, by Beau Harvey, Member 522 Reynolds, LLC, a Michigan limited liability company.

_____
Notary Public

ELIZABETH M. COUCH
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires
08-01-2026

Prepared by

BM HARVEY
#130 Timothy Lane
Sylvania, OH 43560

(Mail to) grantee

EXHIBIT "A"

Parcel 1:

Lot Number One (1) in MBM Commercial Complex, a Subdivision in the City of Toledo, Lucas County, Ohio, in accordance with Volume 141 of Plats, page 7.

Parcel 2:

A parcel of land being part of Lot 2 MBM Commercial Complex, a subdivision in the City of Toledo, Lucas County, Ohio, as recorded in Volume 141 of Plats, Page 7, Lucas County, Ohio records, which is more particularly bounded and described as follows (all set iron rods mentioned in this description are 5/8 inch diameter topped with a surveyors cap BARTON SURVEY ORPS# 7083);

BEGINNING at the Southeast corner of said Lot 2, said point being referenced by an iron rod found;

thence South 89°-13'-20" West along the South line of said Lot 2, a distance of 24.70 feet to an iron rod set;

thence North 01°-22'-15" West, a distance of 62.80 feet to an iron rod set;

thence North 89°-13'-20' East, a distance of 26.20 feet to an iron rod set on the East line of said Lot 2;

thence South 00°-00'-00" East along the East line of said Lot 2, a distance of 62.80 feet to the point of BEGINNING.

Containing 0.037 of an acre of land (1598.3 square feet), more or less, but subject to legal highways, and subject to all legal easements, restrictions, leases of record and of records in respective utility offices and other conveyances, if any, of the above mentioned 0.037 of an acre (1598.3 square feet) comes from tax parcel 02-71637.

The above description was made from an actual field survey made under my direct supervision, Richard D. Cummins, Jr., Professional Surveyor, in January of 2016.

PARCEL No. 02-71636

DESCRIPTION APPROVED
BY ___ DATE 8/3/17
Mike Pniewski, P.E., P.S.
Lucas County Engineer
Tax Map Department



# OPERATING AGREEMENT
## FOR
## AEY APP LLC

### A SINGLE MEMBER-MANAGED LIMITED LIABILITY COMPANY

### ARTICLE I
### Company Formation

1.1. **FORMATION.** The member has formed a Limited Liability Company (the "Company") according to the laws of the state in which the Company was formed. This operating agreement is entered into and effective as of the date it is adopted by the member.

1.2. **REGISTERED AGENT.** The name and location of the Company's registered agent will be stated in the company's formation documents.

1.3. **TERM.** The Company will continue perpetually unless:
   (a) The sole member resolves to dissolve;
   (b) Any event which causes the Company's business to become unlawful;
   (c) The death, resignation, expulsion, bankruptcy, retirement of the sole member or the occurrence of any other event that terminates the continued membership of a member of the Company; or
   (d) Any other event causing dissolution of the Company under applicable state laws.

1.4. **CONTINUANCE OF COMPANY.** In the event of an occurrence described in Section 1.3(c), the Company will expire and may be administratively dissolved.

1.5. **BUSINESS PURPOSE.** The Company will conduct any lawful business deemed appropriate in carrying out the Company's objectives.

1.6. **PRINCIPAL PLACE OF BUSINESS.** The Company's principal place of business will be stated in the formation documents, or as later selected by the member.

1.7. **THE MEMBER.** The name and residential address of the sole member is listed in Certification of Member section of this agreement.

1.8. **ADMISSION OF ADDITIONAL MEMBERS.** Additional members may only be admitted to the Company through a Certificate of New Membership issuance by the company of new interest in the Company or as otherwise provided in this agreement.

## ARTICLE II
## Capital Contributions

2.1. **INITIAL CONTRIBUTIONS.** The member will initially contribute capital to the Company, as described in Exhibit 1 attached to this agreement. The agreed total value of such property and cash is _____.

2.2. **ADDITIONAL CONTRIBUTIONS.** Except as provided in ARTICLE 6.2, no member will be obligated to make any additional contribution to the Company's capital.

## ARTICLE III
## Profits, Losses and Distributions

3.1. **PROFITS/LOSSES.** For financial accounting and tax purposes, the Company's net profits or net losses will be determined on an annual basis. These profits and losses will be allocated to the member as set forth in this agreement below, as amended, and in accordance with Treasury Regulation 1.704-1.

3.2. **DISTRIBUTIONS.** The member will determine and distribute available funds annually or as they see fit. "Available funds" refers to the net cash of the Company available after expenses and liabilities are paid. Upon liquidation of the Company, distributions will be made in accordance with the positive capital account balances or pursuant to Treasury Regulation 1.704-1(b)(2)(ii)(b) (2). To the extent the member has a negative capital account balance, there will be a qualified income offset, as set forth in Treasury Regulation 1.704-I(b)(2)(ii)(d).

## ARTICLE IV
## Management

4.1. **MANAGEMENT OF THE BUSINESS.** The member is responsible for the management of the Company.

4.2. **MEMBERS.** The liability of the member will be limited according to state law.

4.3. **POWERS OF MEMBERS.** The member is authorized on the Company's behalf to make decisions as to:

    (a) the sale, development, lease, or other disposition of the Company's assets;
    (b) the purchase or other acquisition of other assets;
    (c) the management of all or any part of the Company's assets;
    (d) the borrowing of money and the granting of security interests in the Company's assets;
    (e) the pre-payment, refinancing, or extension of any loan affecting the Company's assets;

    (f)     the compromise or release of any of the Company's claims or debts; and

    (g)     the employment of persons, firms, or corporations for the operation and management of the Company's business.

The member is further authorized to execute and deliver:

    (w)     all contracts, conveyances, assignments leases, sub-leases, franchise agreements, licensing agreements, management contracts and maintenance contracts covering or affecting Company assets;

    (x)     all checks, drafts, and other orders for the payment of the Company's funds;

    (y)     all promissory notes, loans, security agreements, and other similar documents; and

    (z)     all other instruments of any other kind relating to the Company's affairs.

**4.4.**   **NOMINEE.** Title to the Company's assets must be held in the Company's name or in the name of any nominee that the member may designate. Pursuant to the powers listed in Section 4.3, the member has the power to enter into a nominee agreement with any such person, and such agreement may contain provisions indemnifying the nominee, except for his or her willful misconduct.

**4.5.**   **EXCULPATION.** Any act or omission of the member, the effect of which may cause loss or damage to the Company, if done in good faith to promote the best interests of the Company, will not subject the member to any liability.

**4.6.**   **INDEMNIFICATION.** The Company will indemnify any person who was or is a party defendant or is threatened to be made a party defendant, in a pending or completed action, suit or proceeding, whether civil, criminal, administrative, or investigative (other than an action by or in the right of the Company) by reason of the fact that the person is or was a member of the Company, employee, or agent of the Company, or is or was serving at the request of the Company, for instant expenses (including attorney's fees), judgments, fines, and amounts paid in settlement actually and reasonably incurred in connection with such action, suit or proceeding if the member determines that the person acted in good faith and in a manner he or she reasonably believed to be in or not opposed to the best interest of the Company, and with respect to any criminal action proceeding, has no reasonable cause to believe his or her conduct was unlawful. The termination of any action, suit, or proceeding by judgment, order, settlement, conviction, or upon a plea of "no lo Contendere" or its equivalent, does not in itself create a presumption that the person did or did not act in good faith and in a manner which he or she reasonably believed to be in the best interest of the Company, and, with respect to any criminal action or proceeding, had reasonable cause to believe that his or her conduct was lawful.

**4.7.**   **RECORDS.** The member must keep the following at the Company's principal place of business or other location:

    (a)     A current list of the full name and the last known street address of each member;

    (b)     A copy of the Articles of Organization, this operating agreement, and all amendments to either document;

(c) Copies of Company's federal, state and local income tax returns and reports for the three (3) most recent years;

(d) Copies of the Company's financial statements for the three (3) most recent years.

## ARTICLE V
## Compensation

5.1. **MANAGEMENT FEE.** The member rendering services to the Company is entitled to compensation proportionate with the value of those services.

5.2. **REIMBURSEMENT.** The Company must reimburse the member for all direct out-of-pocket expenses incurred in managing the Company.

## ARTICLE VI
## Bookkeeping

6.1. **BOOKS.** The member will maintain a complete and accurate accounting of the Company's affairs at the Company's principal place of business. The member may select the method of accounting and the company's accounting period will be the calendar year.

6.2. **MEMBER'S ACCOUNTS.** The member's capital account will be determined and maintained in the manner set forth in Treasury Regulation 1.704-l(b)(2)(iv) and will consist of his or her initial capital contribution increased by:

(a) Any additional capital contribution made by the member;

(b) Credit balances transferred from the member's distribution account to his or her capital account;

and decreased by:

(x) Distributions to the member in reduction of Company capital;

(y) The member's share of Company losses if charged to his or her capital account.

6.3. **REPORTS.** The member will close the books of account after the close of each calendar year and will prepare a statement of such member's distributive share of income and expense for income tax reporting purposes. The member must keep such statements with the other financial statements kept pursuant to Section 4.7(d).

## ARTICLE VII
## Transfers

7.1. **ASSIGNMENT.** The member may sell, assign, or otherwise dispose of all or any part of his or her interest in the Company.

## ARTICLE VIII
## Dissolution

8.1. **DISSOLUTION.** The member may dissolve the company at any time. The member may NOT dissolve the company for a loss of membership interests. Upon dissolution the company must

pay its debts first before distributing cash, assets, and/or initial capital to the member or the member's economic interests. The dissolution may only be ordered by the member, not by the owner of the member's economic interests.

## CERTIFICATION OF MEMBER

The undersigned hereby agree, acknowledge, and certify that the foregoing operating agreement is adopted and approved by the member as of this 22 day of March, 2022

**Member:**

Name: Beau Harvey          Percent 100 %     X _____

Address: 8130 T.Timothy Lane

# STATE of DELAWARE
# LIMITED LIABILITY COMPANY
# CERTIFICATE of FORMATION

## FIRST
## Name

The name of the limited liability company is:
AEY APP LLC

## SECOND
## Registered Agent

The address of its registered office in the State of Delaware is 8 The Green, Suite A in the City of Dover. Zip code 19901.

The name of its registered agent at such address is A Registered Agent, Inc.

## THIRD
## Duration

The duration of the limited liability company shall be perpetual.

## FOURTH
## Purpose

The purpose for which the company is organized is to conduct any and all lawful business for which Limited Liability Companies can be organized pursuant to Delaware statute.

In Witness Whereof, the undersigned have executed this Certificate of Formation this 18th day of March, 2022.

By: _____
Authorized Person
Name: Patrick Brickhouse

State of Delaware
Secretary of State
Division of Corporations
Delivered: 10:14 AM 03/18/2022
FILED: 10:14 AM 03/18/2022
SR 20221059260 - File Number 6684479