# Exhibit 5



20190215-0005865

02/15/2019
TRANSFERRED BY: CROTH $0.50
IN COMPLIANCE WITH SEC. 319.202 R.C.
ANITA LOPEZ, AUDITOR
LUCAS COUNTY, OHIO
FEE: $0.00  EX: X  MULTI:
PARCEL: 02-71636  COUNT: 1
**TRANS#: 19-201044**

2/15/2019  12:52 PM
Pages:2  Fee:$28.00
T20190004160
Phil Copeland
Lucas County Recorder  DEED

**LIMITED LIABILITY COMPANY WARRANTY DEED**
O.R.C. 5302.05, -.07
O.R.C. 147.55

LuL Dox

### KNOW ALL MEN BY THESE PRESENTS:

That **SOUTH REYNOLDS PLAZA, LLC**, an Ohio limited liability company, organized and existing under the laws of the State of Ohio, the grantor, for valuable consideration paid, grants with general warranty covenants to **522 REYNOLDS, LLC**, a Michigan limited liability company whose tax-mailing address is 100 W. Big Beaver Rd., Troy, Michigan, the following real property:

See Exhibit "A" attached hereto.

Subject to: Easements and restrictions of record; zoning ordinances and regulations, if any; all legal highways; and taxes and assessments due and payable after date hereof.

Prior instrument reference: Instrument No. 20151208-0051183 and Instrument No. 20160303-0008379.

Executed this 12th day of February, 2019.

**SOUTH REYNOLDS PLAZA, LLC,**
an Ohio limited liability company

By: **522 REYNOLDS, LLC,**
a Michigan limited liability company,
Sole Member

By: _____
Kurt Rillema, Member

State of Michigan, Oakland County, ss:

The foregoing instrument was acknowledged before me this 13th day of February, 2019, by Kurt Rillema, Member of 522 Reynolds, LLC, a Michigan limited liability company, Sole Member of South Reynolds Plaza, LLC, an Ohio limited liability company, on behalf of said companies.

_____
Notary Public

This instrument was prepared by:

Jerome R. Parker, Esq.
Gressley, Kaplin & Parker, LLP
One SeaGate, Suite 1645
Toledo, OH 43604-1584

## EXHIBIT "A"

**Parcel 1:**

Lot Number One (1) in MBM Commercial Complex, a Subdivision in the City of Toledo, Lucas County, Ohio, in accordance with Volume 141 of Plats, page 7.

**Parcel 2:**

A parcel of land being part of Lot 2 MBM Commercial Complex, a subdivision in the City of Toledo, Lucas County, Ohio, as recorded in Volume 141 of Plats, Page 7, Lucas County, Ohio records, which is more particularly bounded and described as follows (all set iron rods mentioned in this description are 5/8 inch diameter topped with a surveyors cap BARTON SURVEY ORPS# 7083);

BEGINNING at the Southeast corner of said Lot 2, said point being referenced by an iron rod found;

thence South 89°-13'-20" West along the South line of said Lot 2, a distance of 24.70 feet to an iron rod set;

thence North 01°-22'-15" West, a distance of 62.80 feet to an iron rod set;

thence North 89°-13'-20' East, a distance of 26.20 feet to an iron rod set on the East line of said Lot 2;

thence South 00°-00'-00" East along the East line of said Lot 2, a distance of 62.80 feet to the point of BEGINNING.

Containing 0.037 of an acre of land (1598.3 square feet), more or less, but subject to legal highways, and subject to all legal easements, restrictions, leases of record and of records in respective utility offices and other conveyances, if any, of the above mentioned 0.037 of an acre (1598.3 square feet) comes from tax parcel 02-71637.

The above description was made from an actual field survey made under my direct supervision, Richard D. Cummins, Jr., Professional Surveyor, in January of 2016.

Parcel No. 02-71636