# Exhibit 6

DocuSign Envelope ID: 4937BFF5-CEEA-49C6-BD26-4F340714BF6E

## ARBITRATION

522 REYNOLD, LLC and
KURT RILLEMA,

        Claimants,

                                                      Arbitrator Honorable David A. Groner

v

BEAUREGARD HARVEY,

        Respondent.

_____/

| | |
|---|---|
| MICHAEL D. WEAVER (P43985)<br>Plunkett Cooney<br>Attorneys for Claimants<br>38505 Woodward Ave.<br>Suite 100<br>Bloomfield Hills, MI 48304<br>(248) 901-4025<br>mweaver@plunkettcooney.com | BEAUREGARD HARVEY<br>Respondent<br>8130 Timothy Lane<br>Sylvania, OH 43560<br>(419) 705-0922<br>BMHarvey@PaceGreenEnergy.com |

### ORDER REGARDING EMERGENCY MOTION TO SHOW CAUSE

At a session of a hearing
held with the Arbitrator on the
the 3rd day of May 2024

PRESENT: HON.  _____

                                  HON. DAVID A. GRONER

       This matter having come before the Arbitrator on Kurt Rillema's Emergency Motion to Show Cause and the Arbitrator being fully advised in the premises..

**RECITALS:**

       1.    The Emergency Motion was filed and served on April 26, 2024;

       2.    Rillema had asked for a hearing on May 1, 2024;

3. The Arbitrator moved the hearing date and time to May 3, 2024, at 7:00 AM

4. The Zoom hearing was commenced at 7:01 AM. The following were present on the zoom hearing – Judge David Groner (retired), Mike Weaver and "owner."

5. The Arbitrator asked, multiple times for the "owner" to turn on his microphone and/or to turn on the "owner" camera. "Owner" never complied.

6. The Arbitrator asked "Owner" to communicate by the chat function on Zoom.

7. "Owner" typed into chat, the following:

> *I don't have a microphone*
> *No*
> *Who are you*
> *You were removed by AAA*
> *There is no Arbitration*
> *What is the notice this hearing? [sic]*
> *What hearing*
> *This is a public record*
> *What is NOTICE*
> *AAA requires a different arbitrator to hear any emergency orders*
> *Read the rules*
> *No due process*
> *522 is not a party*
> *Ex Parte not allowed*

8. At 7:15 AM, Judge Groner removed the unnamed individual from the zoom hearing.

**NOW, THEREFORE:**

IT IS HEREBY ORDERED that Rillema's Emergency Motion is GRANTED with he following conditions and provisions:

    1. Mr. Harvy is not allowed to appear on the premises commonly known as 522 Renolds;

    2. Mr. Harvey may not, directly or indirectly, collect rent from any tenant;

    3. Mr. Harvey may not, directly or indirectly, contact any tenant;

2

4. All rent must be paid to Rillema;

5. Each violation of this Order shall result in a sanction against Mr. Harvey in the amount of $1,000 per violation;

6. This Order may be served via email upon Mr. Harvey; and

7. This Order shall not take effect until 24 hours after email service allowing Mr. Harvey and opportunity to appeal this decision to Judge Grey.

Dated: May 3, 2024

ARBITRATOR HONORABLE DAVID A. GRONER

Open.29698.32012.33570311-1

3