# Exhibit 7

# STATE OF MICHIGAN

## CIRCUIT COURT FOR THE COUNTY OF OAKLAND

RILLEMA,KURT,,  
    Plaintiff,  
V  

HARVEY,BEAUREGARD,MAXIMILLIAN,  
    Defendant.

NO. 2024-207837-CB

HON. MICHAEL WARREN

### ORDER REGARDING MOTION

**Motion Title:** Plaintiffs' Expedited Motion to Confirm and Enforce an Interim Arbitration Award

**The above-named motion is:**     **Granted**

**In addition:** Having reviewed the Motion and no timely response having been filed, and otherwise being fully informed in the premises, the Court dispenses with oral argument as it would not assist in rendering a decision. MCR 2.119(E)(3).

For the reasons articulated in the Motion, the Motion is GRANTED. The Court hereby confirms retired Judge Groner's interim arbitration injunction award.

By failing to respond, any argument to the contrary is deemed abandoned. INXS V LLC v Kathelene's Compassionate Adult Care, Unpublished Opinion of the Court of Appeals, docket no. 365939, decided February 29, 2024 ("Moreover, defendants' failure to provide any opposition to plaintiff's motion is dispositive. As explained in Walters v Nadell, 481 Mich 377, 388 (2008), '[t]rial courts are not the research assistants of the litigants; the parties have a duty to fully present their legal arguments to the court for its resolution of their dispute.' Defendants failed to do so. If a party fails to adequately brief a position, or support a claim with authority, it is abandoned. Yee v Shiawassee Co Bd of Comm'rs, 251 Mich App 379, 406 (2002). Under the circumstances presented in this case, the trial court cannot be said to have erred by granting plaintiff summary disposition and holding defendants liable for plaintiff's claims").

Dated: 8/6/2024

/s/ Michael Warren

HON. MICHAEL WARREN
CIRCUIT COURT JUDGE