# Exhibit 8

Page 1 of 3

# SUPPLEMENTAL REPORT

**POLICE REPORT**
TOLEDO POLICE DEPARTMENT, TOLEDO OH

☐ NoCrime ☐ Crime ☒ Supplement

**VICTIM:** RILLEMA, KURT
**Location of Occurrence:** 522 S REYNOLDS RD, TOLEDO, OH 43615
**Location Type:** HOME, SINGLE FAMILY

**RB #:** 038739-24
**CAD #:**
**Supplement Date and Time:** 10/02/2024 08:50

**Occurred Date and Time:** 08/02/2023 12:00 - 09/01/2023 12:00
**Reported Date and Time:** 09/24/2024 13:12
**Using:** ☐ Alcohol ☐ Drugs ☐ Comp Equip ☐ Not App

## OFFENSES

**Offense Description:** 1. FORGERY WITHOUT AUTHORITY
**Violation:** 2913.31A1 ORC
**A/C:** C
**F/M & Degree:** F5

**Method of Entry Burg/B&E:**
**Burglary Entry:** Point / Floor / Location
**Burglary Exit:** Point / Floor / Location

**Method of Entry:** ☐ Force ☒ No Force
**Method of Entry Vehicle:**
**Larceny Type:**

**Hate Bias Type:** Not Reported
**Premise/Structure:**
**Criminal Activity:**

**Additional MO Details:**
**Prem. Entered:** 0
**If D.V., Child Present:** ☐ Y ☐ N
**# Children Present:**
**Weapon Used:**

**Offense Description:** 2. TAMPERING WITH RECORDS
**Violation:** 2913.42 ORC
**A/C:** C
**F/M & Degree:** F4

## VICTIM 1

**Vict #:** 1 | **#Victims Total:** 2 | **Victim Type:** ☒ Individual ☐ Business ☐ Financial Institution ☐ Government ☐ Police Officer (in the line of duty) ☐ Religious Organization ☐ Society ☐ Other ☐ Unknown ☐ Veteran ☐ Student ☐ Staff ☐ Faculty ☐ Other Person

**Name (Last, First, Middle):** RILLEMA, KURT
**Phone:**
**Address:** 3204 INTERLAKEN, WEST BLOOMFIELD, MI 48323
**SSN:**
**Alt. Phone:**
**Place of Birth:**
**Resident Status:** NOT REPORTED
**Driver's License & State:**
**Marital Status:**

**Age:** 52 | **DOB:** 01/06/1972 | **Race:** White | **Sex:** Male | **Hgt:** | **Wgt:** | **Hair:** | **Eyes:** | **Describe Injury:** NONE

**Statements Obtained:** ☐ Y ☒ N
**Type:** ☐ Written ☐ Oral ☐ Taped ☐ Other
**Gang Affiliation:**

**Victim is also Witness:** ☐ PRO ☐ Owner ☐ Suspect ☐
**Victim/Suspect Relationship:** Acquaintance
**Offense/Victim Link:** 1,2
**Assault Homicide Circumstance:**

## VICTIM 2

**Vict #:** 2 | **#Victims Total:** 2 | **Victim Type:** ☒ Individual ☐ Business ☐ Financial Institution ☐ Government ☐ Police Officer (in the line of duty) ☐ Religious Organization ☐ Society ☐ Other ☐ Unknown ☐ Veteran ☐ Student ☐ Staff ☐ Faculty ☐ Other Person

**Name (Last, First, Middle):** RILLEMA, KRISTI
**Phone:** [redacted]
**Address:** 3204 INTERLAKEN ST, WEST BLOOMFIELD, MI 48323
**SSN:**
**Alt. Phone:**
**Place of Birth:**
**Resident Status:** NOT REPORTED
**Driver's License & State:**
**Marital Status:**

**Age:** 52 | **DOB:** 06/26/1972 | **Race:** White | **Sex:** Female | **Hgt:** | **Wgt:** | **Hair:** | **Eyes:** | **Describe Injury:**

**Statements Obtained:** ☒ Y ☐ N
**Type:** ☐ Written ☒ Oral ☐ Taped ☐ Other
**Gang Affiliation:**

**Victim is also Witness:** ☐ PRO ☐ Owner ☐ Suspect ☐
**Victim/Suspect Relationship:** Acquaintance
**Offense/Victim Link:** 1,2
**Assault Homicide Circumstance:**

## REPORTEE

**No.:** 1
**Name (Last, First, Middle):** RILLEMA, KRISTI
**Age / D.O.B.:** 52 06/26/1972
**SSN:**

**Address:** 3204 INTERLAKEN ST, WEST BLOOMFIELD MI 48323
**Phone:** [redacted]

**Email Address:**
**Driver's License & State:**

**Employer Name, Address (Street Apt, City, State, Zip) and Phone:**
**Occupation/School:**

**Statements Obtained:** ☒ Y ☐ N
**Type:** ☐ Written ☒ Oral ☐ Taped ☐ Other
☐ Student ☐ Faculty ☐ Staff ☐ Other Person ☐ Veteran

038739-24

---

**Report Made By: Officer(s) Name(s) I.D.# Unit No./Section:** 2170 QUIGLEY, J 1026 DAY
**Car #:** 544
**Officer Assigned to Case:**
**Camera on Scene:** No
**Camera Active:** No
**Supervisor's Approval:** 2331 WILLIAMS, K

Rev. 2014-09-12

**DISPOSITION:**
**DATE:** 10/23/2024

**POLICE REPORT**
TOLEDO POLICE
DEPARTMENT, TOLEDO OH

VICTIM: RILLEMA, KURT

RB #: 038739-24
CAD #:

Page 2 of 3

| | Contact ☐ | Parent ☐ | Owner ☐ | Driver ☐ | Subject of Interest ☐ | ☐ Student ☐ Faculty ☐ Veteran ☐ Staff ☐ Other Person |
|---|---|---|---|---|---|---|

**OTHER**

| No. | Name (Last, First Middle) | Age / D.O.B. | SSN |
|---|---|---|---|
| 1 | FINNERTY, AUSTIN | | |

Address: 
Email Address:
Phone: 
Driver's License & State:
Employer Name Address (Street, Apt., City, State, Zip) and Phone:
Occupation/School:

**SUSPECT**

| Susp # | Juvenile | Check Appropriate Category | | ☐ Student ☐ Staff | ☐ Faculty ☐ Other Person | ☒ Warrant Issued ☐ Veteran | Charges F[il]ed? YES |
|---|---|---|---|---|---|---|---|
| 1 | ☐ | ☐ Runaway ☐ Missing ☐ Other | | | | | |

Name (Last, First, Middle): HARVEY, BEAU
Phone:
Alias:
FBI:  BCI:  RD:
Address (Street, Apt., City, State, Zip): 8130 TIMOTHY LN, SYLVANIA, OH 43560
SSN:  Alt. Phone:
Place of Birth:
Resident Status: NOT REPORTED
Driver's License & State:
Marital Status:

| Age | DOB | Race | Sex | Hgt | Wgt | Hair | Eyes | Potential Injuries? |
|---|---|---|---|---|---|---|---|---|
| 51 | 12/19/1971 | White | Male | | | | | |

Statements Obtained: ☐ Y ☒ N   Type: ☐ Written ☐ Oral ☐ Taped ☐ Other
Gang Affiliation:
Suspected of Using: ☐ Alcohol ☐ Drugs   Armed With:
Arrest Type: 1.☐ Complaint 2.☐ On View 3.☐ Warrant 4.☐ Summons 5.☐ Protection Order 6.☐ Other

**PROPERTY**

Property Status: 1 None  2 Burned  3 Counterfeited/Forged  4 Destroyed/Damaged/Vandalized  5 Stolen/Lost  6 Seized  7 Recovered  I Involved  E Evidence  ED Digital Evidence

Total Items: 2    Total Value: 0.00

| No. | Prop. Status | Quantity | Description | Value |
|---|---|---|---|---|
| 1 | E | 1 | OTHER DOCUMENTS Lucas County Auditor's records | |

Make/Brand:  Model:  Value Recovered:  Date Recovered:  From Veh. No.:
Serial Number:  NCIC Number:  Other Number:

| No | Prop. Status | Quantity | Description | Value |
|---|---|---|---|---|
| 2 | E | 1 | OTHER DOCUMENTS Kristi Rillema's power of attorney and operating agreement | |

Make/Brand:  Model:  Value Recovered:  Date Recovered:  From Veh. No.:
Owner: RILLEMA, KRISTI
Serial Number:  NCIC Number:  Other Number:

**NARRATIVE**

**DISPOSITION:**
Cleared by Arrest

**SYNOPSIS:**
Beauregard HARVEY is a minority owner in the property and business at 522 S. Reynolds LLC. Without the permission of the majority owners Kurt and Kristi RILLEMA, HARVEY got the deed to the building transferred to his name, making him the sole owner.

**ARRESTED/CHARGES:**
HARVEY, Beau- Tampering with Records
        - Forgery

**WITNESSES:**
Listed above

**EVIDENCE:**

| POLICE REPORT<br>TOLEDO POLICE<br>DEPARTMENT, TOLEDO OH | VICTIM<br>RILLEMA, KURT | RB #<br>038739-24<br>CAD # |
|---|---|---|

Page 3 of 3

Listed above

**NARRATIVE:**

This detective investigated two other cases involving Beauregard HARVEY at the plaza at 522 S. Reynolds (036400-24 and 021871-24). HARVEY is the minority owner of the building/plaza at 522 S. Reynolds which houses several businesses. The majority owners are Kurt and Kristi RILLEMA. Kurt RILLEMA is currently incarcerated, and Kristi RILLEMA has power of attorney.

There is a pending civil suit in federal court in Michigan over ownership of this property. According to Kristi RILLEMA, HARVEY fraudulently transferred the deed to the building to himself, making him the sole owner.

Then HARVEY demanded rent from the different businesses. When the businesses wouldn't pay him, HARVEY did damage to different storefronts (See listed RB#'s for further details). One of the businesses did pay rent to HARVEY though. According to Kristi RILEMMA, she lost approximately $20,000 of rent, by that business paying HARVEY.

This detective went to the Lucas County Auditor's office to see how HARVEY got the deed transferred, giving him sole ownership. According to employee Austin FINNERTY, if there is more than one owner, all parties are supposed to come in together. Identification is required, and the parties have to show some kind of proof of ownership, or ties to the property. However if someone comes in and claims to be the sole owner, the Auditor's office has no way of verifying if another owner exists.

According to FINNERTY, HARVEY came in on 8/1/23 with paperwork claiming to be the sole owner of 522 Reynolds LLC. He wanted to transfer the deed to AEY APP LCC in the state of Delaware. HARVEY presented a passport and a tax form, and he was able to get sole possession of the property.

According to Kristi RILEMMA, the original operating agreement between the three of them, states that the property cannot be sold or transferred without the permission of the majority owners. RILEMMA provided this detective with a copy of that operating agreement.

According to FINNERTY, video from the auditor's office only saves for 12 months. Therefore video of this transaction no longer exists.

This case will be presented to the grand jury on 10/23/24.

Respectfully,
Det. J. Quigley #2170