# Exhibit 9

**REQUESTING TENANT TO LEAVE PREMISES**
(Three-day Notice)
Ohio R.C. 1923.04

Date: 07/30/2024

REYNOLDS MINI MART and/or Assignee
*Tenant's Name*

522 S. Reynolds Road
*Tenant's Street Address*

Toledo, OH 43615
*Tenant's City / State / Zip*

Dear REYNOLDS MINI MART and/or Assignee,
*(Tenant's Name)*

The purpose of this letter is to ask you to LEAVE the premises now in your possession, situated in Toledo, LUCAS COUNTY ; Ohio, and known as:
*(city, county)*

522 S. Reynolds Road, Suite G, Toledo, OH 43615
*(full address and suite number of rental)*

You are being asked to LEAVE for the following reason: *(state reasons for eviction)*

> You have failed to pay rent for June and July. Your lease has expired. You must move out immediately.

Leave the premises before 08/04/2024 to prevent any further eviction action against you.

**YOU ARE BEING ASKED TO LEAVE THE PREMISES. IF YOU DO NOT LEAVE, AN EVICTION ACTION MAY BE INITIATED AGAINST YOU. IF YOU ARE IN DOUBT REGARDING YOUR LEGAL RIGHTS AND OBLIGATIONS AS A TENANT, IT IS RECOMMENDED THAT YOU SEEK LEGAL ASSISTANCE.**

Yours respectfully,

_____
*Landlord (signature)*

AEY APP, LLC
*Print Name of Landlord*

8130 Timothy Lane
*Address*

Sylvania, OH 43560
*City, State, Zip Code*

419-705-0922
*Telephone Number*

A copy of this Notice has been delivered:

☑ Personally to the occupants named above; or

☑ By posting on the occupants premises.