# Exhibit 10

**FIGHTING MUSKIES GO FISH, LLC**
**COMMERCIAL PROPERTY SERVICES**
6345 Market Ave. North, Suite 100
Canton, OH 44721

October 18, 2023

RE:   NOTICE TO ALL TENANTS OF 550 S. REYNOLDS ROAD FIGHTING MUSKIES GO FISH! LLC

Dear ATB, INC.:

We are excited to be named the Property Management Company for the 550 S. Reynolds Road Plaza. We are looking forward to providing you with the services that you deserve. Below is a list of items that we need you to provide immediately to set up your new online portal.

Please provide the following items to us for your portal set up.

1) The Name, Address, and TITLE of the person responsible for Legal Correspondence for this location.
2) An UPDATED COPY of your required insurance policy with the additional insured of FIGHTING MUSKIES GO FISH, LLC as the named beneficiary.
3) An EMERGENCY AFTER HOURS contact, name, address, and phone number.

Please email these requested and required documents to LEASE@33CRE.com . The documents must be provided by October 23, 2023. This is necessary to issue your invoice and provide you with required tax and legal disclosures. Once you have sent the email to our office, you will receive electronic communication with login credentials and a temporary password. There is a two step authentication process/token required. All correspondence with shall occur through the portal.

If you are not able to change your electronic banking before 10/31/2023 please send your bank check to our office at:

FIGHTING MUSKIES GO FISH, LLC
6345 Market Avenue North
Suite 100
Canton, OH 44721

All rent not received by the 3rd of the Month will be considered late and will be assessed the late fee pursuant to your contract. Failure to provide the required documentation may result in further legal action.

If you should have any questions or concerns, please email them to LEASE@33CRE.com . A member of our team will address your concerns immediately. Thank you for your understanding during this time of transition.

Sincerely,

*The Fighting Fish Team*

*Fish*