# EXHIBIT 11

Video – Installing Plywood