# Exhibit 12

255555555555555555555555555555555555555555555555555555555

