# EXHIBIT 13

Video – Spray Painting