# EXHIBIT 14

Video – Green Paint