# Exhibit 15







