# Exhibit 17

| Tenant: | Jan-23 | 23-Feb | Mar-23 | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subway: ($2,137) | $0 (Beau collected this) | $0 (Beau collected this) | $0 (Beau collected this) | $0 (Beau collected this) | $0 (Beau collected this) | $0 (Beau collected this) | $0 (Beau collected this) | $0 (Beau collected this) | $0 (Beau collected this) | $0 (Beau collected this) | $0 (Beau collected this) | $0 (Beau collected this) |
| Hush: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wireless Boys: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Chana's Hair Salon: | | | | | | | | | | | $0 (bounced) | |
| Mini Mart: ($2,800) | | | | | | | | $ (Beau collected this) | | | | |
| Talk and Win: ($5,000) | | | | | | | | | | | | |

| Tenant: | 24-Jan | 24-Feb | 24-Mar | 24-Apr | 24-May | 24-Jun | 24-Jul | 24-Aug | 24-Sep | 24-Oct | 24-Nov | 24-Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subway: | $0 (Beau collected this) | $0 (Beau collected this) | $0 (Beau collected this) | $0 (Beau collected this) | $0 (Beau collected this) | $0 (Beau collected this) | $0 (Beau collected this) | $0 (Beau collected this) | $0 (Beau collected this) | $0 (Beau collected this) | | |
| Hush: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $ (Beau collected this) | $ (Beau collected this) | $0.00 | $0.00 | |
| Wireless Boys: | | | $0.00 | $0.00 | $0 (Beau has this rent) | $0 (Beau has this rent) | $ (Beau collected that) | $1,200 (deposited 10/1/24 - check #1002)- BOUNCED | $1,200 (deposited 10/23/24 - check # 1003)- BOUNCED | $0.00 | $0.00 | |
| Chana's Hair Salon: | | | | | | | | | | | | |
| Mini Mart: | | | | | | | | | | | | |
| Talk and Win: | | | | | | | | | | | | |

| Tenant: | 25-Jan | 25-Feb | 25-Mar | 25-Apr | 25-May | 25-Jun | 25-Jul | 25-Aug | 25-Sep | 25-Oct | 25-Nov | 25-Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subway: | | | | | | | | | | | | |
| Hush: | $0.00 | $0.00 | $0.00 | $0.00 | | | | | | | | |
| Wireless Boys: | $0.00 | $0.00 | $0.00 | $0.00 | | | | | | | | |
| Chana's Hair Salon: | | | | | | | | | | | | |
| Mini Mart: | | | | | | | | | | | | |
| Talk and Win: | | | | | | | | | | | | |

$ 47,029.40

SAM OWES:
- 13200
- 12000
- 25200

SUBWAY OWES: 44,377

| | | |
|---|---|---|
| subway | $ | 25,644.00 |
| hush | $ | 96,000.00 |
| wireless boys | $ | 14,400.00 |
| chana | $ | 12,000.00 |
| mini mart | $ | 33,600.00 |
| talk & win | $ | 60,000.00 |
| | $ | 241,644.00 |