# Exhibit 18

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KURT RILLEMA, an individual,

      Petitioner,

v.

      Case No. 23-cv-12042
      Honorable Jonathan J.C. Grey

BEAUREGARD HARVEY,
an individual,

      Respondent.
_____/

## ORDER DENYING RESPONDENT'S EMERGENCY MOTION TO DISMISS FOR LACK OF JURISDICTION (ECF No. 35)

The history of this case is well documented in prior pleadings, filings, and orders. Most significantly, the Court previously granted petitioner Kurt Rillema's motion to compel arbitration and appointed an arbitrator. (ECF No. 21.) The Sixth Circuit Court of Appeals rejected respondent Beauregard Harvey's efforts to appeal that ruling (ECF Nos. 33, 34), and to the Court's knowledge, there has been no ruling in the arbitration proceedings.

On April 29, 2024, Harvey filed an emergency motion to dismiss for lack of jurisdiction. (ECF No. 35.) As the issue of the Court's subject-matter jurisdiction may be raised at any time, *In re Lewis*, 398 F.3d 735,

739 (6th Cir. 2005), the Court will rule on the motion, even though this matter is presently stayed in this Court. (ECF Nos. 21, 33.)

Harvey contends that there is no diversity of citizenship between the parties. Harvey argues that, for purposes of 28 U.S.C. § 1332(a), the citizenship of 522 Reynolds, LLC is Ohio and Michigan, based on the residence of its members, Harvey and Rillema, respectively. Harvey's motion is misplaced. The only parties to this action are Rillema and Harvey, and they are citizens of different states (Michigan and Ohio, respectively). 522 Reynolds, LLC is not a party to this action. Accordingly, the citizenship of its members is irrelevant.

For the reasons set forth above, **IT IS ORDERED** that Harvey's motion to dismiss for lack of jurisdiction (ECF No. 35) is **DENIED**.

**SO ORDERED.**

Date: April 30, 2024

**s/Jonathan J.C. Grey**
Hon. Jonathan J.C. Grey
United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 30, 2024.

<u>s/ S. Osorio</u>
Sandra Osorio
Case Manager