# Exhibit 19

**Weaver, Mike**

Subject: CEASE AND DESIST

---------- Forwarded message ---------
From: **Benny Sayed** <bsayed@sbcglobal.net>
Date: Sat, Sep 21, 2024 at 11:34 AM
Subject: Fwd: CEASE AND DESIST
To: Kurt Rillema <Karillema@gmail.com>


Best Regards

Ben Sayed

Begin forwarded message:

> **From:** Max Harvey <ohills06@gmail.com>
> **Date:** September 20, 2024 at 7:40:50 PM EDT
> **To:** bsayed@sbcglobal.net, ehab.a.salam92@gmail.com, clapperkevin@yahoo.com, philfrancis66@yahoo.com, Kissesdave@aol.com
> **Subject: Re: CEASE AND DESIST**
>
> Here is lucas county link for you...
> doesnt have today's ORDER yet...
> but wait, it will....
>
> https://lcapps.co.lucas.oh.us/PublicAccess/ViewPublicDocuments.aspx?PAQueryID=131&LCKEY=ap8W3SMScmh4cka8FtNLq63XcXj0wz3tGbnCpLLAH4dXkWU6cbId4w%3d%3d&OBKey__205_1=G-4801-CI-0202403842-000&tU=COC
>
>
> On Fri, Sep 20, 2024 at 7:37 PM Max Harvey <ohills06@gmail.com> wrote:
>> Here is a link to buy the 1000's of pages your will need to bring yourself up to speed....
>>
>> https://www.courtlistener.com/docket/67686607/rillema-v-harvey/
>>
>> On Fri, Sep 20, 2024 at 7:36 PM Max Harvey <ohills06@gmail.com> wrote:

1

Benny and Ehab:

I think you need to read ECF Doc #30-
See the date? look at what the Judge wrote. Ehab- remember that document #5 you showed me....well here is #30

---

2; *see specifically* ECF No. 2-3, at ¶13 ("Any dispute, controversy or claim arising out of or in connection with this Agreement or any breach or alleged breach hereof shall, upon the request of any party involved, be submitted to, and settled by, arbitration[.]").)

For the reasons set forth above, the Court declines to reopen this case and reinsert itself into the disputes between the parties. Accordingly, **IT IS ORDERED** that Rillema's motion to reopen the case, for entry of a temporary restraining order, and entry of an order to show cause why a preliminary injunction (ECF No. 27) is **DENIED**.

**SO ORDERED.**

Date: November 17, 2023

s/Jonathan J.C. Grey
Hon. Jonathan J.C. Grey
United States District Judge

2

| 08/08/2024 | 54 | APPLICATION to Close Arbitration Pursuant to American Arbitration Association by Beauregard Maximmilian Harvey. (Attachments: # 1 Exhibit 1) [Submitted via Pro Se Upload] (JHea) (Entered: 08/08/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/13/2024 17:51:55 | | | |
| PACER Login: | schnappi | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:23-cv-12042-JJCG-APP |
| Billable Pages: | 6 | Cost: | 0.60 |

There are over 55 documents...I suggest you start reading them., You have been served the 3 day notice...You are being evicted.

Tell Kristi to stop horsing around....she'll know what it means.

On Fri, Sep 20, 2024 at 7:14 PM Max Harvey <ohills06@gmail.com> wrote:

Benny and Ehab:

You have tortiously interfered with my business and legal interests. You have spread information knowing it to be false.

I will be taking action against you personally and Ehab for your frauds.

There is no Arbitration with 522 Reynolds as a party. The arbitration was a fraud because Rillema didn't follow AAA requirements. AAA has informed the Court and issued a written letter to this effect.

Also, the Federal Court in May 2024 stated the same information.

Notify your lawyers.

Best Regards,

Beau Harvey

SEE APPLICATION TO CLOSE ARBITRATION FOR FAILURE TO ARBITRATE. You can believe Kurt's lies....but do so at your own peril.

3

1-6.) Alternatively, if arbitration proceedings have not commenced be Judge Groner, Rillema has offered no explanation for why he has f; to initiate the proceedings that he demanded—and the Court order two months ago.

Fourth, when this case was pending before the Court, Rill obtained a temporary restraining order, and that temporary restrai order was extended to September 11, 2023. At the August 24, ; hearing, Rillema urged the Court to decide the motion to co arbitration by September 11, 2023, before the temporary restrai order expired. The Court did not extend injunctive relief when ente the order granting Rillema's motion to compel arbitration because order stayed the proceedings in this Court pending the completion o arbitration proceedings.

4