<u>NOT RECOMMENDED FOR PUBLICATION</u>

No. 26-1105

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Feb 24, 2026
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| KURT RILLEMA, ) | |
| ) | |
|     Petitioner-Appellee, ) | |
| ) | |
| v. ) | ON APPEAL FROM THE UNITED |
| ) | STATES DISTRICT COURT FOR |
| BEAUREGARD MAXIMMILIAN HARVEY, ) | THE EASTERN DISTRICT OF |
| ) | MICHIGAN |
|     Respondent-Appellant. ) | |

<u>O R D E R</u>

Before: CLAY, KETHLEDGE, and MATHIS, Circuit Judges.

This matter is before the court upon initial consideration of appellate jurisdiction.

Kurt Rillema filed a petition in the district court to compel arbitration in a suit that Beauregard Maximmilian Harvey filed against Rillema in the Northern District of Ohio. Rillema's petition specifically sought to enforce an arbitration provision in the contract entered into by the two parties. On September 11, 2023, the district court granted the motion to compel arbitration, stayed the judicial proceedings, and administratively closed the case. Harvey moved to reopen, and the district court denied his motion. Harvey continued to file documents, which the district court struck from the docket.

In July 2025, Rillema informed the court that an arbitration award had been entered and moved the district court to confirm that award. That motion remains pending. In August 2025, Harvey moved to dismiss the action for lack of diversity jurisdiction and filed other motions to compel arbitration and to correct the record, which are also unresolved. On January 27, 2026, Harvey filed a notice of appeal. The notice states that he wishes to appeal the "Motion to Stay

FAA Sec 3 and Motion to Compel FAA Sec 4 pursuant to FAA Sec 16" that he filed on August 19, 2025.  Notice, R. 83, PageID #1435.

This court may exercise appellate jurisdiction only over final orders, 28 U.S.C. § 1291, and limited categories of interlocutory orders, 28 U.S.C. § 1292; *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46 (1949); *see also Anderson v. Roberson*, 249 F.3d 539, 542–43 (6th Cir. 2001).  Harvey's notice of appeal indicates that he wishes to appeal his motion to compel arbitration that he filed on August 19, 2025, but the district court has not yet resolved that motion.

Because the district court has not issued an appealable order, we **DISMISS** this appeal for lack of jurisdiction.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk

United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 02/24/2026.

**Case Name:** Kurt Rillema v. Beauregard Harvey
**Case Number:** 26-1105

**Docket Text:**
ORDER filed : Because the district court has not issued an appealable order, we DISMISS this appeal for lack of jurisdiction. No mandate to issue, decision not for publication. Eric L. Clay, Raymond M. Kethledge and Andre B. Mathis, Circuit Judges.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Beauregard Maximmilian Harvey
8130 Timothy Lane
Sylvania, OH 43560

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix
Mr. Michael D. Weaver