FILED
Feb 24, 2026
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 26-1105

KURT RILLEMA,

    Petitioner-Appellee,

v.

BEAUREGARD MAXIMMILIAN HARVEY,

    Respondent-Appellant.

Before: CLAY, KETHLEDGE, and MATHIS, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is DISMISSED.

                **ENTERED BY ORDER OF THE COURT**

                Kelly L. Stephens, Clerk