## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KURT RILLEMA, an individual,

      Petitioner,

v.

                                    Case No. 23-cv-12042

BEAUREGARD MAXIMILLIAN           Honorable Jonathan J.C. Grey
HARVEY, an individual

      Respondent.

_____/

## JUDGMENT CONFIRMING ARBITRATION AWARD

The above-entitled matter having come before the Court, the Honorable Jonathan J.C. Grey, United States District Judge, presiding, and in accordance with the Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Arbitration Award dated July 14, 2025 and signed by Judge David A. Groner (ret.) judgment concluding the arbitration between Petitioner Kurt Rillema and Respondent Beuregard Maximillian Harvey is **CONFIRMED** in all respects. Accordingly, **IT IS FURTHER ORDERED AND ADJUDGED** that:

1. The property which was the subject matter of the Arbitration, located at 522–550 Reynolds Road, Toledo, Ohio, shall be immediately transferred to 522 Reynolds, LLC.

2. Kurt Rillema shall be the sole owner of 522 Reynolds, LLC.

3. Any interest that Beauregard Maximillian Harvey may have had in 522 Reynolds, LLC or the property located at 522–550 Reynolds shall be extinguished.

4. Any interest that AEY APP, LLC may have had in 522 Reynolds, LLC or the property located at 522-550 Reynolds shall be extinguished.

5. Beauregard Maximillian Harvey shall pay to 522 Reynolds, LLC the sum of One Hundred Twenty-Eight Thousand, Six Hundred Twenty-Nine and 40/100 Dollars ($128,629.40).

**This is a final judgment**.

**SO ORDERED**.

<u>**s/ Jonathan J.C. Grey**</u>
JONATHAN J.C. GREY
Dated: March 2, 2026          UNITED STATES DISTRICT JUDGE

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 2, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager