Case No. 26-1239

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

KURT RILLEMA

      Petitioner - Appellee

v.

BEAUREGARD MAXIMMILIAN HARVEY

      Respondent - Appellant


   Appellant having previously been advised that failure to satisfy certain specified

obligations would result in dismissal of the case for want of prosecution and it appearing that the

appellant has failed to satisfy the following obligation(s):

     The proper fee was not paid by April 3, 2026.

   It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of

prosecution.

                         **ENTERED PURSUANT TO RULE 45(a),**
                         **RULES OF THE SIXTH CIRCUIT**
                         Kelly L. Stephens, Clerk

 Issued:  April 22, 2026

**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 04/22/2026.

**Case Name:**   Kurt Rillema v. Beauregard Harvey
**Case Number:**   26-1239

**Docket Text:**
ORDER filed to dismiss for want of prosecution. No mandate to issue. Failure to pay appellate filing fee or file a motion for leave to proceed on appeal in forma pauperis by April 3, 2026.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Beauregard Maximmilian Harvey
8130 Timothy Lane
Sylvania, OH 43560

**A copy of this notice will be issued to:**

Ms. Briana Combs
Ms. Kinikia D. Essix