UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kurt Rillema

v.

Case No: 26-1239

Beauregard Maximillion Harvey

MOTION FOR PAUPER STATUS

I move to waive the payment of the appellate filing fee under Fed. R. App. P. 24 because I am a pauper.  This motion is supported by the attached financial affidavit.

The issues which I wish to raise on appeal are:

Was there waiver when Rillema moved for dismissal instead of stay in the initial case;

Did the Court have jurisdiction when Rillema was a party to involuntary bankruptcy filed prior to the Arbitration in violation of automatic stay of 341 and appeared and answered without raising Arbitration

Did the Court have jurisdiction based on Diversity when Rillema filed for Arbitration outside the forum selection clause and made arbitration demands including a non diverse party as a basis for a section 4 application in violation of look through jurisdiction;

Did Court have authority to appoint arbitrator with Arbitration clause providing AAA Commercial Rules and delegation apply

Signed: _____   Date: 4/22/2026

Address: 8130 Timothy Lane

Sylvania, OH 43560

FORM 4. 

# AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

## United States Court of Appeals
## for the Sixth Circuit

Kurt Rillema

]

]

]

v.                                              ]      Case No: 26-1239

Beauregard Maximillion Harvey

]

]

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. §§ 1746; 18 U.S.C. §§ 1621.)

Signed: _____

My issues on appeal are:

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 4/22/2026

was there waiver when Rillema moved for dismissal instead of stay in the initial case;

Did the Court have jurisdiction when Rillema was a party to involuntary bankruptcy filed prior to the Arbitration in violation of automatic stay of 341 and appeared and answered without raising Arbitration

Did the Court have jurisdiction based on Diversity when Rillema filed for Arbitration outside the forum selection clause and made arbitration demands including a non diverse party as a basis for a section 4 application in violation of look through jurisdiction;

Did Court have authority to appoint arbitrator with Arbitration clause providing AAA Commercial Rules and delegation apply

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | | | |
| Self-employment | $ 0.00 | | | |
| Income from real property (such as rental income) | $ 500.00 | | | |
| Interest and dividends | $ 0.00 | | | |
| Gifts | $ 600.00 | | | |
| Alimony | $ 0.00 | | | |
| Child support | $ 0.00 | | | |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0.00 | | | |
| Disability (such as social security, insurance payments) | $ 0.00 | | | |
| Unemployment payments | $ 0.00 | | | |
| Public-assistance (such as welfare) | $ 300.00 | | | |
| Other (specify): | | | | |
| Total monthly income: | 1,400.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Self | 8130 Timothy Lane Sylvania, OH 43560 | 1/1/2026-4/22/2026 | $ 0.00 |
| Self | 8130 Timothy Lane Sylvania, OH 43560 | 1/1/2025-12/31/2025 | $ 1,420.00 |
| Self | 8130 Timothy Lane Sylvania, OH 43560 | 1/1/2024-12/31/2024 | $ 2,500.00 |

United States Court of Appeals
FORM 4   AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS
Updated:  December 2018

Page 3

3.   List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

4.   How much cash do you and your spouse have? $ __0.00__

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| woodforest | basic checking | $ 0.00 | |
| | | | |
| | | | |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5.   List the assets, and their values, which you own or your spouse owns.  Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| 330000 | 2,000,000 in arbitration | Make & year: 0 |
| | 8,000,000 in litigation | Model: 0 |
| | | Registration #: 0 |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: | | |
| Model: | | |
| Registration #: | | |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Kurt Rillema | $ 924,000.00 | |
| NPI Debt Fund II (Interest Overpaid) | $ 801,150.00 | |
| State of Ohio (Payment for Loss Rental Taking) | $ 90,000.00 | |

7.    State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Lauren Hinds | Mother of child/partner | 42 |
| BNH | daughter | 4 |
| | | |
| | | |
| | | |
| | | |
| | | |

8.    Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse.  Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) |  | 1,600.00 |
| Are real estate taxes included? ☑Yes ☐No<br>Is property insurance included? ☑Yes ☐No |  |  |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 500.00 |  |
| Home maintenance (repairs and upkeep) |  |  |
| Food | $ 800.00 |  |
| Clothing | $ 0.00 |  |
| Laundry and dry-cleaning | $ 0.00 |  |
| Medical and dental expenses | $ 300.00 |  |
| Transportation (not including motor vehicle expenses) | $ 400.00 |  |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.00 |  |
| Insurance (not deduced from wages or included in mortgage payments) Homeowner's or renter's | $ 0.00 |  |
| Life | $ 0.00 |  |
| Health | $ 0.00 |  |
| Motor vehicle | $ 0.00 |  |
| Other: |  |  |
| Taxes (not deducted from wages or included in mortgage payments) specify: | $ 0.00 |  |
| Installment payments | $ 0.00 |  |
| Motor Vehicle | $ 0.00 |  |
| Credit card (name): | $ 0.00 |  |
| Department store (name): | $ 0.00 |  |
| Other: | $ 0.00 |  |
| Alimony, maintenance, and support paid to others | $ 720.00 |  |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ 0.00 |  |
| Other (specify): |  |  |
| Total monthly expenses: | 2,720.00 | 1,600.00 |

United States Court of Appeals
FORM 4   AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS
Updated:  December 2018

Page 6

9.   Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☑ Yes      ☐ No        If yes, describe on an attached sheet.

10.   Have you spent or will you be spending any money for expenses or attorney fees in connection with this lawsuit?

☑ Yes      ☐ No        If yes, how much? $ **300.00**

11.   Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

```
I have been unable to collect rental income because of the underlying legal
matter that has resulted in a deprivation and I have a clear legal right to
the property that has been taken without due process.
```

12.   State the address of your legal residence.

```
8130 Timothy Lane
Sylvania, Ohio 43560
```

Your daytime phone number:  ( **419** ) **705-0922**

Your age: **54**          Your years of schooling: **20**