UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


KURT RILLEMA,

          Petitioner,

                                      CASE NO. 23-12042
v.                                 HON. JONATHAN J.C. GREY

BEAUREGARD MAXIMILLIAN
HARVEY,

          Respondent.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART RESPONDENT'S APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL (ECF No. 93)

This matter is before the Court on Respondent Beauregard Maximillian Harvey's application to proceed in forma pauperis on appeal arising from the Court's order compelling arbitration and the Court's order confirming arbitration award. (ECF No. 93.)

The standard for granting an application to proceed in forma pauperis on appeal is whether the appeal is taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a); *Foster v. Ludwick*, 208 F. Supp. 2d 750, 764-765 (E.D. Mich. 2002). "Good faith" requires a showing that the issues raised are not frivolous; it does not require a showing of

probable success on the merits. *Foster*, 208 F. Supp. 2d at 765.

Harvey raises four issues he desires to raise on appeal:

1. Was there waiver when Rillema moved for dismissal instead of stay in the initial case?

2. Did the Court have jurisdiction when Rillema was a party to involuntary bankruptcy filed prior to the Arbitration in violation of automatic stay of 341 and appeared and answered without raising Arbitration?

3. Did the Court have jurisdiction based on Diversity when Rillema filed for Arbitration outside the forum selection clause and made arbitration demands including a non diverse party as a basis for a section 4 application in violation of look through jurisdiction?

4. Did Court have authority to appoint arbitrator with Arbitration clause providing AAA Commercial Rules and delegation apply?

(ECF No. 93, PageID.1536.)

Having considered the matter, the Court concludes that an appeal of the first two issues cannot be taken in good faith as they were not issues in the instant case. However, the Court concludes that its ruling regarding diversity jurisdiction and its authority to appoint an arbitrator can be taken in good faith. Accordingly, the Court **DENIES** the application to proceed in forma pauperis with respect to the first and second issues raised by Harvey and **GRANTS** the application to proceed

in forma pauperis on appeal with respect to the third and fourth issues raised by Harvey.

**SO ORDERED.**

<u>**s/Jonathan J.C. Grey**</u>
JONATHAN J.C. GREY
United States District Judge

Dated: April 24, 2026

3

## <u>Certificate of Service</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 24, 2026.

<u>s/</u> **S. Osorio**
Sandra Osorio
Case Manager