Case No. 26-1239

## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

### ORDER


KURT RILLEMA

      Petitioner - Appellee

v.

BEAUREGARD MAXIMILLION HARVEY

      Respondent - Appellant


  Upon consideration of the appellant's motion to reinstate the case, and it appearing that the default which led to dismissal of the appeal has been cured,

  It is **ORDERED** that the motion be and it hereby is **GRANTED**.

  The motion/notice to amend the caption is **GRANTED**. The amended caption above should be used for all future filings.


      **ENTERED PURSUANT TO RULE 45(a),**
      **RULES OF THE SIXTH CIRCUIT**
      Kelly L. Stephens, Clerk


Issued:  April 24, 2026