IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Kurt Rillema**                                      )
                                                     )  Case Number: 2:23-cv-12042-JJCG
                                   Petitioner,        )
          vs.                                        )  Judge: Jonathan J.C. Grey
                                                     )
**Beauregard Maximillion Harvey**                    )
                                                     )
                                  Respondent.         )
                                                     )
                                                     )
                                                     )
                                                     )
                                                     )
                                                     )
                                                     )
                                                     )

---

## MOTION FOR TRANSCRIPTS

Beauregard Maximillion Harvey files this Motion for Transcripts respectfully stating that the transcript from on or about August 23, 2023, is necessary to prosecute appeal number 26-1239, captioned *Kurt Rillema v. Beauregard Maximillion Harvey* in the United States Court of Appeals for the Sixth Circuit.

Respectfully submitted,

/s/ Beauregard Maximillion Harvey
Beauregard Maximillion Harvey
8130 Timothy Lane
Sylvania, Ohio 43560
Phone: (419) 705-0922
Email: xlegalfiling@gmail.com
*Pro Se Respondent*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served by Electronic Filing (CM/ECF) on all counsel or parties of record.

<u>/s/ Beauregard Maximillion Harvey</u>
Beauregard Maximillion Harvey