UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KURT RILLEMA,

        Petitioner,

                           CASE NO. 23-12042

v.                         HON. JONATHAN J.C. GREY

BEAUREGARD MAXIMILLIAN
HARVEY,

        Respondent.

_____/

## ORDER GRANTING RESPONDENT'S MOTION FOR TRANSCRIPT (ECF No. 96)

This matter is before the Court on Respondent Beauregard Maximillian Harvey's motion for the August 23, 2023 hearing transcript after being granted in forma pauperis status. (ECF No. 96.) As the August 23, 2023 hearing transcript that Harvey requests is necessary for purposes of the two issues the Court concluded could be appealed in good faith (*see* ECF No. 95), the Court **GRANTS** the motion for transcripts to enable Harvey to pursue his appeal.

     **SO ORDERED.**

                                **s/Jonathan J.C. Grey**
                                JONATHAN J.C. GREY

Date: May 20, 2026              United States District Judge

## <u>Certificate of Service</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 20, 2026.

<u>s/ **S. Osorio**</u>
Sandra Osorio
Case Manager