Case No. 26-1239

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER


KURT RILLEMA

       Petitioner - Appellee

v.

BEAUREGARD MAXIMILLION HARVEY

       Respondent - Appellant


   Upon consideration of the motion of Joseph Thomas Sobecki to withdraw as counsel for the

appellant,

   It is **ORDERED** that the motion be and it hereby is **GRANTED**. The previously issued

briefing schedule is vacated and a new pro se briefing schedule will be issued by separate letter.

                    **ENTERED PURSUANT TO RULE 45(a),**
                    **RULES OF THE SIXTH CIRCUIT**
                    Kelly L. Stephens, Clerk

Issued:  May 28, 2026

**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 05/28/2026.

**Case Name:** Kurt Rillema v. Beauregard Harvey
**Case Number:** 26-1239

**Docket Text:**
ORDER filed granting motion to withdraw as counsel [7538661-2] filed by Mr. Joseph Thomas Sobecki.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Mr. Beauregard Maximillion Harvey
8130 Timothy Lane
Sylvania, OH 43560

**A copy of this notice will be issued to:**

Ms. Briana Combs
Ms. Kinikia D. Essix
Mr. Joseph Thomas Sobecki