No. 26-1239

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

<table>
<tr><td>KURT RILLEMA,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>    Petitioner - Appellee,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>O R D E R</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>BEAUREGARD MAXIMILLION HARVEY,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>    Respondent - Appellant.</td><td>)</td><td></td></tr>
</table>

FILED
Aug 10, 2026
KELLY L. STEPHENS, Clerk

Proceeding without counsel, the respondent appeals the district court's judging confirming an arbitration award. The respondent moves to vacate the judgment and remand the action to the district court. He separately seeks a briefing abeyance pending a ruling on his motion. The petitioner responds in opposition to both motions.

The respondent's motion to vacate the district court's judgment and remand is REFERRED to the merits panel for consideration along with the parties' briefs. Therefore, the motion for a briefing abeyance is DENIED.

In light of this ruling, the clerk will reset the briefing schedule and afford the respondent a final 30-day extension of time to file his brief.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk

**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 08/10/2026.

**Case Name:** Kurt Rillema v. Beauregard Harvey
**Case Number:** 26-1239

**Docket Text:**
ORDER filed : The respondent's motion to vacate the district court's judgment and remand [7567077-2] is REFERRED to the merits panel for consideration along with the parties' briefs. Therefore, the motion for a briefing abeyance [7567073-2] is DENIED. In light of this ruling, the clerk will reset the briefing schedule and afford the respondent a final 30-day extension of time to file his brief.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Mr. Beauregard Maximillion Harvey
8130 Timothy Lane
Sylvania, OH 43560

**A copy of this notice will be issued to:**

Ms. Briana Combs
Ms. Kinikia D. Essix